UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | |
| v. | : | **UNDER SEAL** |
| | : | |
| E-GOLD, LTD. | : | |
| GOLD & SILVER RESERVE, INC. | : | |
| DOUGLAS L. JACKSON, | : | |
| BARRY K. DOWNEY, and | : | |
| REID A. JACKSON, | : | |
| | : | |
| **Defendants.** | : | |

## MOTION TO SEAL

The United States respectfully moves this Court to place under seal until further notice of the Court, the Indictment, the Bench Warrant, the Motion to Seal and the Court's order to seal.

> Respectfully submitted,
> JEFFREY A. TAYLOR
> United States Attorney
>
> By: _____
> LAUREL LOOMIS RIMON
> Assistant United States Attorney
> U.S. Attorney's Office
> Criminal Division
> 555 Fourth Street, N.W., Rm. 5830
> Washington, D.C.  20530
> (202) 514-7788
> Laurel.Loomis.Rimon@usdoj.gov
>
> KIMBERLY KIEFER PERETTI
> Senior Counsel
> U.S. Department of Justice
> Computer Crime and Intellectual Property Section, Criminal Division
> 1301 New York Ave., NW, Suite 600
> Washington, D.C.  20530
> (202) 353-4249
> kimberly.peretti@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No.** |
| v. : | |
| : | **UNDER SEAL** |
| **E-GOLD, LTD.** : | |
| **GOLD & SILVER RESERVE, INC.** : | |
| **DOUGLAS L. JACKSON,** : | |
| **BARRY K. DOWNEY, and** : | |
| **REID A. JACKSON,** : | |
| : | |
| **Defendants.** : | |

MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF THE
GOVERNMENT'S MOTION TO SEAL

COMES NOW the United States, by and through its undersigned attorneys, and moves the Court to place under seal until further notice of the Court, the Indictment, the Bench Warrant, the Motion to Seal and the Court's Order to seal. As grounds therefore, the government states as follows:

1. There is a compelling public interest in sealing these records, because the records relate to an ongoing sensitive law enforcement investigation, and because disclosure of the existence of the information contained in the Indictment and Bench Warrants could alert the defendants and frustrate execution of the Warrants. Additionally, the United States anticipates filing within the next day applications for the seizure of approximately 57 digital currency (e-gold, Ltd.) accounts, and a motion to restrain of all assets of the defendant corporations, e-gold, Ltd. and Gold & Silver Reserve, Inc.

2. The District Court has "inherent power, as an incident to their constitutional function, to control papers filed with the courts with certain constitutional and other limitations." *In re Sealed Affidavits*, 600 F.2d 1256 (9th Cir. 1979). *See also United States v. Hubbard*, 650 F.2d 293,

x

208 U.S. App. D.C. 399 (D.C. Cir. 1981); *Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975). *Cf. In re Search Warrants issued on May 21, 1987*, 1990 WL 113874 (D.D.C. 1990) (information released after the government agreed there was no further need for secrecy).

WHEREFORE, the government respectfully requests that this motion be granted and the Indictment and Bench Warrants be sealed until further notice of the Court.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
LAUREL LOOMIS RIMON
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth Street, N.W., Rm. 5830
Washington, D.C.   20530
(202) 514-7788
Laurel.Loomis.Rimon@usdoj.gov

KIMBERLY KIEFER PERETTI
Senior Counsel
U.S. Department of Justice
Computer Crime and Intellectual Property Section, Criminal Division
1301 New York Ave., NW, Suite 600
Washington, D.C.   20530
(202) 353-4249
kimberly.peretti@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | |
| v. | : | **UNDER SEAL** |
| | : | |
| E-GOLD, LTD. | : | |
| GOLD & SILVER RESERVE, INC. | : | |
| DOUGLAS L. JACKSON, | : | |
| BARRY K. DOWNEY, and | : | |
| REID A. JACKSON, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

Upon consideration of the Government's Motion to Seal the Indictment, the Bench Warrant, the Motion to Seal and the Court's Order, it is hereby

ORDERED this _____ day of April, 2007, that the Indictment, the Bench Warrant, the Motion to Seal and the Court's Order to seal be sealed until further Order of this Court.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

DATE: _____

cc:

Laurel Loomis Rimon
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth Street, N.W., Rm. 5830
Washington, D.C. 20530
(202) 514-7788
Laurel.Loomis.Rimon@usdoj.gov