UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Criminal No. 07-109 (RMC)

UNITED STATES OF AMERICA

v.

E-GOLD, LTD.
GOLD & SILVER RESERVE, INC.
DOUGLAS L. JACKSON,
BARRY K. DOWNEY, and
REID A. JACKSON,

Defendants.

**UNSEALED   FILED**

APR 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO UNSEAL

Upon information from the defendants that certain accounts subject to seizure have been frozen and that account holders are thereby prevented from withdrawing funds from those accounts and dissipating them before they are turned over to the United States, the United States respectfully moves this Court to unseal the Indictment, the Application for *ex parte* restraining order, Restraining Order, and Affidavit in support of a restraining order.

Respectfully submitted,
JEFFREY A. TAYLOR
United States Attorney

By: _____
LAUREL LOOMIS RIMON
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth Street, N.W., Rm. 5830
Washington, D.C. 20530
(202) 514-7788
Laurel.Loomis.Rimon@usdoj.gov

KIMBERLY KIEFER PERETTI
Senior Counsel
U.S. Department of Justice

Computer Crime and Intellectual Property
Section, Criminal Division
1301 New York Ave., NW, Suite 600
Washington, D.C. 20530
(202) 353-4249
kimberly.peretti@usdoj.gov