UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 07-109 (RMC) |
| v. | **FILED** |
| E-GOLD, LTD.<br>GOLD & SILVER RESERVE, INC.<br>DOUGLAS L. JACKSON,<br>BARRY K. DOWNEY, and<br>REID A. JACKSON, | APR 2 7 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br>**UNSEALED** |
| Defendants. | |

### ORDER

Upon consideration of the Government's Motion to Unseal the Indictment, the Application for *ex parte* restraining order, Restraining Order, and Affidavit in support of a restraining order, it is hereby

ORDERED this 27th day of April, 2007, that the Indictment, the Application for *ex parte* restraining order, Restraining Order, and Affidavit in support of a restraining order, are unseal.

_____
UNITED STATES DISTRICT JUDGE

DATE: _____

cc:

Laurel Loomis Rimon
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division



555 Fourth Street, N.W., Rm. 5830
Washington, D.C. 20530
(202) 514-7788
Laurel.Loomis.Rimon@usdoj.gov

Kimberly Kiefer Peretti
Senior Counsel
U.S. Department of Justice
Computer Crime and Intellectual Property Section, Criminal Division
1301 New York Ave., NW, Suite 600
Washington, D.C. 20530
(202) 353-4249
kimberly.peretti@usdoj.gov