UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

vs.

E-GOLD, LTD.
GOLD & SILVER RESERVE, INC.
DOUGLAS L. JACKSON
BARRY K. DOWNEY, and
REID A. JACKSON

CR Case No. 07-109 (RMC)

Defendants.

_____/

FILED
MAY - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## APPLICATION OF ATTORNEY ANDREW S. ITTLEMAN FOR ADMISSION *PRO HAC VICE*

Attorney Andrew S. Ittleman, pursuant to LCrR 44.1 of this Court's Special Rules Governing the Practice of Attorneys in criminal cases, respectfully applies for leave to appear *pro hac vice* as counsel for e-gold, Ltd., Gold & Silver Reserve, Inc. and Reid Jackson.

1. Mr. Andrew S. Ittleman, Esq.
2. Fuerst Humphrey Ittleman, Esq.
   1001 Brickell Bay Dr., Suite 2002
   Miami, FL 33131
   Tel: (305) 350-5690
3. I am an active member in good standing of the Florida Bar, Bar Number 802441. I am also an active member in good standing of the United States District Court for the Southern District of Florida. I was admitted to the United States District Court for the Southern District of Florida on January 27, 2005.
4. I hereby certify that I have no grievances pending against me and have never been disciplined.
5. I have been admitted *pro hac vice* ~~once~~ in this Court three times in the last two years. Each admission was for a proceeding related to the instant proceeding.
6. N/A

I designate Aron Raskas, Esq., a member of the bar of this Court, United States District Court for the District of Columbia Bar No. 422939.

By his signature on the certification attached as Exhibit 1, Andrew S. Ittleman certifies that he has studied the Local Rules of the United States District Court for the District of Columbia. By his signature below, Aron Raskas consents to his designation as local counsel.

>Respectfully submitted,
>
>_____
>Aron Raskas, Esq.
>Dist. D.C. Bar No. 422939
>Kramon & Graham, P.A.
>One South Street; Suite 2600
>Baltimore, Maryland 21202-3201
>Phone: (410) 347-7429
>Fax: (410) 361-8211
>araskas@kg-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on May 3, 2005 via hand delivery upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

>_____
>Aron Raskas, Esq.
>Dist. D.C. Bar No. 422939
>Kramon & Graham, P.A.
>One South Street; Suite 2600
>Baltimore, Maryland 21202-3201
>Phone: (410) 347-7429
>Fax: (410) 361-8211
>araskas@kg-law.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

vs.

E-GOLD, LTD.
GOLD & SILVER RESERVE, INC.
DOUGLAS L. JACKSON          CR   Case No. 07-109 (RMC)
BARRY K. DOWNEY, and
REID A. JACKSON

        Defendants.

_____/

**CERTIFICATION OF ATTORNEY ANDREW S. ITTLEMAN IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE***

      I, Andrew S. Ittleman, pursuant to LCrR 44.1 of this Court's Rules Governing the Admission of Attorneys in Criminal Cases, hereby certify that I am a member in good standing of the bar of the State of Florida. I have no grievances pending against me and have never been disciplined. I have studied the Local Rules for the United States District Court for the District of Columbia.

_/s/ Andrew S. Ittleman_
ANDREW S. ITTLEMAN, ESQ.

FILED

MAY - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment