UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

vs.

E-GOLD, LTD.
GOLD & SILVER RESERVE, INC.
DOUGLAS L. JACKSON
BARRY K. DOWNEY, and
REID A. JACKSON

      Defendants.

_____ /

CR Case No. 07-109 (RMC)

FILED

MAY - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF ANDREW S. ITTLEMAN

THIS CAUSE has come before the Court upon the application of Andrew S. Ittleman, Esq., counsel for Gold & Silver Reserve, Inc., e-gold, Ltd., and Reid Jackson, for permission to appear and participate *pro hac vice* in the above-styled case. Having reviewed the application and certifications and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the application of Andrew S. Ittleman for Admission *Pro Hac Vice* is hereby granted. Andrew S. Ittleman is granted leave to appear in this action *pro hac vice* as counsel for Gold & Silver Reserve, Inc., e-gold, Ltd., and Reid Jackson.

DONE and ORDERED in chambers at the United States District Courthouse, Washington, D.C., this 3ʳᵈ day of May, 2007.

_____
ROSEMARY M. COLLYER
United States District Court Judge
MAGISTRATE

Copies to:
Counsel of Record