NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.      Criminal Number 07-109(RMC)

**Reid Jackson**
(Defendant)

FILED
MAY - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION. -- For arraignment

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Andrew S. Ittleman, Esq. 802441 (FL)
(Attorney & Bar ID Number)

Fuerst Humphrey Ittleman. PL
(Firm Name)

1001 Brickell Bay Dr., Suite 2002
(Street Address)

Miami, FL 33131
(City)      (State)      (Zip)

(305) 350-5694
(Telephone Number)