| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 07-109-05 | MAGIS. NO: |
|---|---|---|

**SEALED**

REID A. JACKSON

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

REID A. JACKSON

*[handwritten notations and signature]*

| DOB: | PDID: | |
|---|---|---|

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
|---|---|

| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy to Launder Monetary Instruments

Conspiracy

Operation of Unlicensed Money Transmitting Business

Money Transmitting Without a License

Aiding and Abetting and Causing an Act to be Done

Criminal Forfeiture

**FILED**

MAY - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 1956; 18 U.S.C. § 371; 18 U.S.C. § 1960; D.C. Code § 26-1002 ; 18 U.S.C. § 2; 18 U.S.C. § 982 (a) (1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | SIGNATURE OF JUDGE/MAGISTRATE JUDGE: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DATE ISSUED: APR 2 4 2007 |
|---|---|---|
| CLERK OF COURT: NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK: | DATE: APR 2 4 2007 |

## RETURN

**This warrant was received and executed with the arrest of the above-named person.**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE:   Yes   No | | OCDETF CASE:   Yes   No |