U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA :

v. :

REID A. JACKSON : Case No. 07-109 (RMC) -05

:

:

**ORDER**

FILED

MAY 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___3rd___ day of ___May 2007___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ___May 3, 2007___ by ___Special Agent Roy Dotson with USSS___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___United States Secret Service Washington Field Office___ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) KAY

~~DEFENSE COUNSEL~~ Court

DOJ USA-16-1-80