UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

vs.

E-GOLD, LTD.
GOLD & SILVER RESERVE, INC.          Case No. 07-109 (RMC)
DOUGLAS L. JACKSON
BARRY K. DOWNEY, and
REID A. JACKSON

        Defendants.
_____/

### NOTICE OF FILING OF ACCOUNTING "OF ALL PRECIOUS METALS HELD" AS REQUIRED BY THE POST-INDICTMENT RESTRAINING ORDER ENTERED IN THIS CASE

COMES NOW the Defendants, by and through undersigned counsel, and submit to the Court the accounting of all precious metals held as required by the Post-Indictment Restraining Order entered in this case. The accounting, which is attached hereto as Exhibit 1, contains data which was accurate as of May 2, 2007 at 3:06:17 PM ET. Such data is maintained on the world wide web at http://www.e-gold.com/examiner.html.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)
Aron Raskas, Esq.
District Court for the
District of Columbia Bar No. ~~935692~~ 422939
~~1211 Connecticut Ave. N.W., Suite 800~~
~~Washington, DC 20036~~ One South Street, Suite 2600
Baltimore, MD 21202-3201
410-347-7929 (o)
410-361-8211 (f)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**NOTICE OF FILING OF ACCOUNTING "OF ALL PRECIOUS METALS HELD" AS REQUIRED BY THE POST-INDICTMENT RESTRAINING ORDER ENTERED IN THIS CASE**

was served on May 2, 2007 by facsimile upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

/s/ Andrew S. Ittleman
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)

# EXHIBIT 1

The e-gold Account User Agreement specifies that:
***"All e-metal in circulation shall be backed 100% at all
times with unencumbered metal in allocated storage".***
Examiner is a real-time report of Issuer's compliance with this definitive provision.

**Reference:**

| | Troy Ounces (X*xx*) | Grams (*xx*G) |
|---|---|---|
| e-gold | XAU | AUG |
| e-silver | XAG | AGG |
| e-platinum | XPT | PTG |
| e-palladium | XPD | PDG |

1 troy ounce = 31.1034768 grams

**Notes:**
- Bullion is stored with LBMA member companies.
- All weights displayed are fine weight. Ounces are Troy.
- Totals are rounded to two decimal places for display.

Related data: **e-gold system statistics**

(data current as of: 5/2/2007 3:06:17 PM ET)

## e-metal Balance Sheet

| The e-gold Bullion Reserve Special Purpose Trust (Assets) | | | e-metal in Circulation (Liabilities) | | |
|---|---|---|---|---|---|
| Metal | Fine Troy Ounces | Fine Grams | e-metal | X*xx* | *xx*G |
| **Gold** | 112,187.98 | 3,489,436.08 | **e-gold** | XAU 112,184.88 | AUG 3,489,339.73 |
| **Silver** | 138,567.25 | 4,309,923.31 | **e-silver** | XAG 138,563.71 | AGG 4,309,813.11 |
| **Platinum** | 400.00 | 12,441.39 | **e-platinum** | XPT 397.03 | PTG 12,349.06 |
| **Palladium** | 396.47 | 12,331.69 | **e-palladium** | XPD 394.15 | PDG 12,259.34 |

## The e-gold Bullion Reserve Special Purpose Trust
Summary by Repository

*Gold:*

| Repository | # of Items | Fine Troy Ounces | Fine Grams | Portion of Total |
|---|---|---|---|---|
| **Brinks** | 205 | 82,163.30 | 2,555,564.33 | 73% |
| **Transguard** | 230 | 28,430.95 | 884,301.30 | 25% |
| **MAT Securitas Express AG** | 4 | 1,593.73 | 49,570.45 | 1% |
| Total Gold: | 439 | 112,187.98 | 3,489,436.08 | **100%** |

*Silver:*

| Repository | # of Items | Fine Troy Ounces | Fine Grams | Portion of Total |
|---|---|---|---|---|
| Transguard | 136 | 138,567.25 | 4,309,923.31 | 100% |
| **Total Silver:** | **136** | **138,567.25** | **4,309,923.31** | **100%** |

*Platinum:*

| Repository | # of Items | Fine Troy Ounces | Fine Grams | Portion of Total |
|---|---|---|---|---|
| Transguard | 1 | 400.00 | 12,441.39 | 100% |
| **Total Platinum:** | **1** | **400.00** | **12,441.39** | **100%** |

*Palladium:*

| Repository | # of Items | Fine Troy Ounces | Fine Grams | Portion of Total |
|---|---|---|---|---|
| Transguard | 4 | 396.47 | 12,331.69 | 100% |
| **Total Palladium:** | **4** | **396.47** | **12,331.69** | **100%** |