UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

vs.

E-GOLD, LTD.
GOLD & SILVER RESERVE, INC.                    Case No. 07-109 (RMC)
DOUGLAS L. JACKSON
BARRY K. DOWNEY, and
REID A. JACKSON

           Defendants.

_____/

**<u>SUPPLEMENTAL NOTICE OF FILING OF ACCOUNTING "OF ALL
PRECIOUS METALS HELD" AS REQUIRED BY THE POST-INDICTMENT
RESTRAINING ORDER ENTERED IN THIS CASE</u>**

      COMES NOW the Defendants, by and through undersigned counsel, and submit to the Court the accounting of all precious metals held as required by the Post-Indictment Restraining Order entered in this case. The accounting, which is attached hereto as Exhibit 1, contains data which was accurate as of May 14, 2007 at 9:29:23 AM ET. Such data is maintained on the world wide web at http://www.e-gold.com/examiner.html.

      A listing of all of the physical bullion held by The e-gold Bullion Reserve Special Purpose Trust[1] is always available at http://www.e-gold.com/examiner.html. (*See,* Exhibit 2.)

                Respectfully submitted,

                /s/ *Andrew S. Ittleman*
                Mitchell S. Fuerst, Esq.
                Florida Bar No. 264598
                Andrew S. Ittleman, Esq.
                Florida Bar No. 802441

---

[1] Neither the trust nor the bullion is an asset of either e-gold, Ltd., G&SR, Dr. Jackson, Mr. Jackson, or Mr. Downey. "The safekeeping arrangements with secure repositories shall require dual signature (i.e., authorization by both e-gold Ltd. and by the designated third party contracted to serve as Escrow Agent) before any bullion may be removed for any purpose;" *see,* e-gold Bullion Reserve Special Purpose Trust, at ¶ 4.1.

Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
305-350-5690 (o)
305-371-8989 (f)
Aron Raskas, Esq.
District Court for the
District of Columbia Bar No. 935692
Kramon & Graham, P.A.
One South Street; Suite 2600
Baltimore, Maryland 21202-3201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**SUPPLEMENTAL NOTICE OF FILING OF ACCOUNTING "OF ALL PRECIOUS METALS HELD" AS REQUIRED BY THE POST-INDICTMENT RESTRAINING ORDER ENTERED IN THIS CASE**

was served on May 14, 2007 on all counsel of record via the Court's Electronic Case Filing system.

*/s/ Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
(305) 350-5690 (o)
(305) 371-8989 (f)

# EXHIBIT 1

The e-gold Account User Agreement specifies that:
**_"All e-metal in circulation shall be backed 100% at all
times with unencumbered metal in allocated storage"._**
**Examiner** is a real-time report of Issuer's compliance with this definitive provision.

| Reference: | | | Notes: |
|---|---|---|---|
| | **Troy Ounces** (X*xx*) | **Grams** (*xx*G) | |
| **e-gold** | XAU | AUG | • Bullion is stored with LBMA member companies. |
| **e-silver** | XAG | AGG | • All weights displayed are fine weight. Ounces are Troy. |
| **e-platinum** | XPT | PTG | • Totals are rounded to two decimal places for display. |
| **e-palladium** | XPD | PDG | |

Related data: **e-gold system statistics**

1 troy ounce = 31.1034768 grams

(data current as of: 5/14/2007 9:33:55 AM ET)

## e-metal Balance Sheet

**The e-gold Bullion Reserve Special Purpose Trust (Assets)**

**e-metal in Circulation (Liabilities)**

| Metal | Fine Troy Ounces | Fine Grams | e-metal | | X*xx* | | *xx*G |
|---|---|---|---|---|---|---|---|
| **Gold** | 89,611.12 | 2,787,217.39 | **e-gold** | XAU | 89,607.65 | AUG | 2,787,109.46 |
| **Silver** | 138,567.25 | 4,309,923.31 | **e-silver** | XAG | 138,563.71 | AGG | 4,309,813.08 |
| **Platinum** | 400.00 | 12,441.39 | **e-platinum** | XPT | 397.03 | PTG | 12,349.06 |
| **Palladium** | 396.47 | 12,331.69 | **e-palladium** | XPD | 394.15 | PDG | 12,259.34 |

## The e-gold Bullion Reserve Special Purpose Trust
### Summary by Repository

*Gold:*

| Repository | # of Items | Fine Troy Ounces | Fine Grams | Portion of Total |
|---|---|---|---|---|
| **Brinks** | 149 | 59,586.45 | 1,853,345.64 | 66% |
| **Transguard** | 230 | 28,430.95 | 884,301.30 | 32% |
| **MAT Securitas Express AG** | 4 | 1,593.73 | 49,570.45 | 2% |
| **Total Gold:** | **383** | **89,611.12** | **2,787,217.39** | **100%** |

*Silver:*

| Repository | # of Items | Fine Troy Ounces | Fine Grams | Portion of Total |
|---|---|---|---|---|
| **Transguard** | 136 | 138,567.25 | 4,309,923.31 | 100% |
| **Total Silver:** | **136** | **138,567.25** | **4,309,923.31** | **100%** |

*Platinum:*

| Repository | # of Items | Fine Troy Ounces | Fine Grams | Portion of Total |
|---|---|---|---|---|
| **Transguard** | 1 | 400.00 | 12,441.39 | 100% |
| **Total Platinum:** | **1** | **400.00** | **12,441.39** | **100%** |

*Palladium:*

| Repository | # of Items | Fine Troy Ounces | Fine Grams | Portion of Total |
|---|---|---|---|---|
| **Transguard** | 4 | 396.47 | 12,331.69 | 100% |
| **Total Palladium:** | **4** | **396.47** | **12,331.69** | **100%** |

# EXHIBIT 2

## Gold held by The e-gold Bullion Reserve Special Purpose Trust
### stored at Brinks
(data current as of: 5/14/2007 9:29:23 AM ET)

| Item | Description | Brand | Serial Number | Purity | Fine Troy Ounces | Fine Grams |
|---|---|---|---|---|---|---|
| 1) | Bar | NORANDA CANADA | 1043 | .9999 | 403.134 | 12,538.8690 |
| 2) | Bar | NORANDA CANADA | 1052 | .9999 | 400.185 | 12,447.1449 |
| 3) | Bar | NORANDA CANADA | 1053 | .9999 | 408.784 | 12,714.6037 |
| 4) | Bar | NORANDA CANADA | 1054 | .9999 | 406.884 | 12,655.5071 |
| 5) | Bar | NORANDA CANADA | 1055 | .9999 | 407.634 | 12,678.8347 |
| 6) | Bar | NORANDA CANADA | 1056 | .9999 | 406.034 | 12,629.0691 |
| 7) | Bar | NORANDA CANADA | 1057 | .9999 | 405.484 | 12,611.9622 |
| 8) | Bar | NORANDA CANADA | 1058 | .9999 | 405.334 | 12,607.2967 |
| 9) | Bar | NORANDA CANADA | 1059 | .9999 | 405.309 | 12,606.5191 |
| 10) | Bar | NORANDA CANADA | 1064 | .9999 | 405.784 | 12,621.2932 |
| 11) | Bar | NORANDA CANADA | 1065 | .9999 | 405.484 | 12,611.9622 |
| 12) | Bar | NORANDA CANADA | 1066 | .9999 | 405.084 | 12,599.5208 |
| 13) | Bar | NORANDA CANADA | 1075 | .9999 | 407.959 | 12,688.9433 |
| 14) | Bar | NORANDA CANADA | 1076 | .9999 | 406.159 | 12,632.9570 |
| 15) | Bar | NORANDA CANADA | 1077 | .9999 | 405.434 | 12,610.4070 |
| 16) | Bar | NORANDA CANADA | 1085 | .9999 | 407.259 | 12,667.1709 |
| 17) | Bar | NORANDA CANADA | 1086 | .9999 | 406.859 | 12,654.7295 |
| 18) | Bar | NORANDA CANADA | 1262 | .9999 | 405.134 | 12,601.0760 |
| 19) | Bar | NORANDA CANADA | 1465 | .9999 | 404.784 | 12,590.1898 |
| 20) | Bar | NORANDA CANADA | 1467 | .9999 | 404.309 | 12,575.4156 |
| 21) | Bar | NORANDA CANADA | 162 | .9999 | 403.184 | 12,540.4242 |
| 22) | Bar | J Matthey London | 16832 | .9988 | 395.749 | 12,309.1698 |
| 23) | Bar | J Matthey London | 16833 | .9988 | 401.967 | 12,502.5713 |
| 24) | Bar | J Matthey London | 16834 | .9988 | 399.095 | 12,413.2421 |
| 25) | Bar | J Matthey London | 16835 | .9988 | 396.773 | 12,341.0198 |
| 26) | Bar | J Matthey London | 16836 | .9988 | 402.965 | 12,533.6125 |
| 27) | Bar | J Matthey London | 16837 | .9988 | 386.360 | 12,017.1393 |
| 28) | Bar | J Matthey London | 16838 | .9988 | 390.381 | 12,142.2064 |
| 29) | Bar | NORANDA CANADA | 193 | .9999 | 402.509 | 12,519.4293 |
| 30) | Bar | NORANDA CANADA | 1989 | .9999 | 403.684 | 12,555.9759 |
| 31) | Bar | NORANDA CANADA | 1990 | .9999 | 403.334 | 12,545.0897 |
| 32) | Bar | NORANDA CANADA | 2002 | .9999 | 402.509 | 12,519.4293 |
| 33) | Bar | NORANDA CANADA | 2003 | .9999 | 402.459 | 12,517.8742 |
| 34) | Bar | NORANDA CANADA | 2004 | .9999 | 402.384 | 12,515.5414 |
| 35) | Bar | NORANDA CANADA | 2005 | .9999 | 402.359 | 12,514.7638 |
| 36) | Bar | NORANDA CANADA | 2006 | .9999 | 402.284 | 12,512.4311 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37) | Bar | NORANDA CANADA | 2007 | .9999 | 401.734 | 12,495.3241 |
| 38) | Bar | NORANDA CANADA | 2008 | .9999 | 401.309 | 12,482.1052 |
| 39) | Bar | NORANDA CANADA | 2079 | .9999 | 402.184 | 12,509.3207 |
| 40) | Bar | NORANDA CANADA | 2149 | .9999 | 400.410 | 12,454.1431 |
| 41) | Bar | NORANDA CANADA | 2367 | .9999 | 404.659 | 12,586.3018 |
| 42) | Bar | NORANDA CANADA | 2368 | .9999 | 404.359 | 12,576.9708 |
| 43) | Bar | NORANDA CANADA | 2456 | .9999 | 402.484 | 12,518.6518 |
| 44) | Bar | NORANDA CANADA | 2457 | .9999 | 402.334 | 12,513.9862 |
| 45) | Bar | NORANDA CANADA | 2458 | .9999 | 402.009 | 12,503.8776 |
| 46) | Bar | NORANDA CANADA | 2459 | .9999 | 401.809 | 12,497.6569 |
| 47) | Bar | NORANDA CANADA | 2460 | .9999 | 401.634 | 12,492.2138 |
| 48) | Bar | NORANDA CANADA | 2461 | .9999 | 401.534 | 12,489.1035 |
| 49) | Bar | NORANDA CANADA | 2542 | .9999 | 403.509 | 12,550.5328 |
| 50) | Bar | NORANDA CANADA | 2543 | .9999 | 403.134 | 12,538.8690 |
| 51) | Bar | NORANDA CANADA | 2544 | .9999 | 403.134 | 12,538.8690 |
| 52) | Bar | NORANDA CANADA | 2545 | .9999 | 402.884 | 12,531.0931 |
| 53) | Bar | Johnson Matthey Company - UK | 25829 | .9984 | 402.530 | 12,520.0825 |
| 54) | Bar | Johnson Matthey Company - UK | 25830 | .9984 | 406.673 | 12,648.9442 |
| 55) | Bar | Johnson Matthey Company - UK | 25832 | .9984 | 426.242 | 13,257.6082 |
| 56) | Bar | NORANDA CANADA | 2663 | .9999 | 400.585 | 12,459.5863 |
| 57) | Bar | JM London | 31091 | .9977 | 395.438 | 12,299.4967 |
| 58) | Bar | JM London | 31092 | .9977 | 411.002 | 12,783.5912 |
| 59) | Bar | JM London | 31093 | .9977 | 423.374 | 13,168.4034 |
| 60) | Bar | JM London | 31094 | .9977 | 403.694 | 12,556.2870 |
| 61) | Bar | JM London | 31095 | .9977 | 392.794 | 12,217.2591 |
| 62) | Bar | JM London | 31096 | .9977 | 393.468 | 12,238.2228 |
| 63) | Bar | JM London | 31097 | .9977 | 399.878 | 12,437.5961 |
| 64) | Bar | JM London | 31098 | .9977 | 403.794 | 12,559.3973 |
| 65) | Bar | JM London | 31099 | .9977 | 398.331 | 12,389.4790 |
| 66) | Bar | JM London | 31100 | .9977 | 413.945 | 12,875.1287 |
| 67) | Bar | JM London | 31101 | .9977 | 405.465 | 12,611.3712 |
| 68) | Bar | JM London | 31102 | .9977 | 405.141 | 12,601.2937 |
| 69) | Bar | JM London | 31103 | .9977 | 417.338 | 12,980.6628 |
| 70) | Bar | JM London | 31104 | .9977 | 421.104 | 13,097.7985 |
| 71) | Bar | JM London | 31105 | .9977 | 411.476 | 12,798.3342 |
| 72) | Bar | NORANDA CANADA | 332 | .9999 | 401.434 | 12,485.9931 |
| 73) | Bar | NORANDA CANADA | 417 | .9999 | 402.134 | 12,507.7655 |
| 74) | Bar | U.S. ASSAY OFFICE | 5490-69 | .9989 | 396.659 | 12,337.4740 |
| 75) | Bar | U.S. ASSAY OFFICE | 5490-75 | .9989 | 410.975 | 12,782.7514 |
| 76) | Bar | U.S. ASSAY OFFICE | 5490-76 | .9989 | 401.478 | 12,487.3617 |

| 77) | Bar | U.S. ASSAY OFFICE | 5490-77 | .9989 | 417.380 | 12,981.9691 |
| 78) | Bar | U.S. ASSAY OFFICE | 5490-78 | .9989 | 398.444 | 12,392.9937 |
| 79) | Bar | U.S. ASSAY OFFICE | 687018 | .9985 | 401.821 | 12,498.0302 |
| 80) | Bar | U.S. ASSAY OFFICE | 68704 | .9985 | 403.543 | 12,551.5903 |
| 81) | Bar | AUS GOLD REF PERTH | 76694 | .9960 | 400.441 | 12,455.1074 |
| 82) | Bar | AUS GOLD REF PERTH | 77043 | .9958 | 399.938 | 12,439.4623 |
| 83) | Bar | JM Canada | 83914 | .9997 | 369.014 | 11,477.6184 |
| 84) | Bar | JM Canada | 83915 | .9997 | 371.488 | 11,554.5684 |
| 85) | Bar | JM Canada | 83916 | .9997 | 407.302 | 12,668.5083 |
| 86) | Bar | JM Canada | 83917 | .9997 | 382.285 | 11,890.3926 |
| 87) | Bar | JM Canada | 83918 | .9997 | 371.688 | 11,560.7891 |
| 88) | Bar | JM Canada | 83919 | .9997 | 377.786 | 11,750.4581 |
| 89) | Bar | JM Canada | 83920 | .9997 | 368.989 | 11,476.8408 |
| 90) | Bar | JM Canada | 83921 | .9997 | 397.680 | 12,369.2307 |
| 91) | Bar | JM Canada | 83922 | .9997 | 366.914 | 11,412.3011 |
| 92) | Bar | JM Canada | 83923 | .9997 | 388.208 | 12,074.6185 |
| 93) | Bar | JM Brampton | 85713 | .9967 | 388.762 | 12,091.8498 |
| 94) | Bar | JM Brampton | 85714 | .9967 | 394.045 | 12,256.1695 |
| 95) | Bar | JM Brampton | 85715 | .9967 | 402.243 | 12,511.1558 |
| 96) | Bar | JM Brampton | 85716 | .9967 | 390.208 | 12,136.8255 |
| 97) | Bar | JM Brampton | 85717 | .9967 | 379.518 | 11,804.3293 |
| 98) | Bar | JM Brampton | 85770 | .9967 | 413.725 | 12,868.2859 |
| 99) | Bar | JM Brampton | 85771 | .9997 | 393.132 | 12,227.7720 |
| 100) | Bar | JM Brampton | 85772 | .9997 | 394.531 | 12,271.2858 |
| 101) | Bar | JM Brampton | 85773 | .9997 | 416.050 | 12,940.6015 |
| 102) | Bar | JM Brampton | 85774 | .9997 | 401.479 | 12,487.3928 |
| 103) | Bar | JM Brampton | 88659 | .9980 | 400.747 | 12,464.6250 |
| 104) | Bar | JM Brampton | 88660 | .9980 | 399.624 | 12,429.6958 |
| 105) | Bar | JM Brampton | 88661 | .9980 | 387.548 | 12,054.0902 |
| 106) | Bar | JM Brampton | 88662 | .9980 | 378.840 | 11,783.2412 |
| 107) | Bar | JM Brampton | 88663 | .9980 | 397.154 | 12,352.8702 |
| 108) | Bar | JM Brampton | 88664 | .9980 | 405.487 | 12,612.0555 |
| 109) | Bar | JM Brampton | 88665 | .9973 | 397.773 | 12,372.1233 |
| 110) | Bar | JM Brampton | 88666 | .9973 | 384.284 | 11,952.5685 |
| 111) | Bar | JM Brampton | 88667 | .9973 | 390.617 | 12,149.5468 |
| 112) | Bar | JM Brampton | 88668 | .9973 | 395.055 | 12,287.5840 |
| 113) | Bar | U.S. ASSAY OFFICE | 9272-41 | .9950 | 380.775 | 11,843.4264 |
| 114) | Bar | U.S. ASSAY OFFICE | 9272-42 | .9959 | 377.168 | 11,731.2361 |
| 115) | Bar | U.S. ASSAY OFFICE | 9274-44 | .9959 | 393.710 | 12,245.7499 |
| 116) | Bar | U.S. ASSAY OFFICE | 9276-46 | .9959 | 407.136 | 12,663.3451 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 117) | Bar | U.S. ASSAY OFFICE | 9276-49 | .9959 | 393.703 | 12,245.5321 |
| 118) | Bar | CENTRAL BK PHILIPPIN | A32073 | .9971 | 397.593 | 12,366.5247 |
| 119) | Bar | CENTRAL BK PHILIPPIN | A32074 | .9971 | 398.341 | 12,389.7901 |
| 120) | Bar | CENTRAL BK PHILIPPIN | A32075 | .9971 | 395.749 | 12,309.1698 |
| 121) | Bar | CENTRAL BK PHILIPPIN | A32076 | .9971 | 398.665 | 12,399.8676 |
| 122) | Bar | Johnson Matthey Hong Kong | AA21649 | .9999 | 402.259 | 12,511.6535 |
| 123) | Bar | Johnson Matthey Hong Kong | AA21652 | .9999 | 402.234 | 12,510.8759 |
| 124) | Bar | Johnson Matthey Hong Kong | AA21654 | .9999 | 402.559 | 12,520.9845 |
| 125) | Bar | J Matthey London | CT12125 | .9951 | 394.184 | 12,260.4929 |
| 126) | Bar | JOHNSON MATTHEY UK | DT10520 | .9980 | 392.114 | 12,196.1087 |
| 127) | Bar | JOHNSON MATTHEY UK | DT10522 | .9980 | 401.819 | 12,497.9679 |
| 128) | Bar | JOHNSON MATTHEY UK | DT18555 | .9971 | 376.829 | 11,720.6921 |
| 129) | Bar | JOHNSON MATTHEY UK | DT8008 | .9979 | 391.301 | 12,170.8216 |
| 130) | Bar | Rand Refinery | UA 8462 | .9977 | 401.025 | 12,473.2718 |
| 131) | Bar | Rand Refinery | UJ 1015 | .9968 | 402.856 | 12,530.2222 |
| 132) | Bar | Rand Refinery | UJ 1016 | .9968 | 399.791 | 12,434.8901 |
| 133) | Bar | Rand Refinery | UJ 1017 | .9968 | 401.411 | 12,485.2777 |
| 134) | Bar | Rand Refinery | UJ 1018 | .9968 | 401.760 | 12,496.1328 |
| 135) | Bar | Rand Refinery | UJ9225 | .9971 | 404.972 | 12,596.0372 |
| 136) | Bar | Rand Refinery | UJ9226 | .9971 | 400.809 | 12,466.5534 |
| 137) | Bar | Rand Refinery | UJ9227 | .9971 | 403.327 | 12,544.8720 |
| 138) | Bar | Rand Refinery | UJ9228 | .9971 | 401.931 | 12,501.4515 |
| 139) | Bar | Rand Refinery | UJ9229 | .9971 | 401.233 | 12,479.7413 |
| 140) | Bar | Rand Refinery | UJ9230 | .9971 | 401.332 | 12,482.8206 |
| 141) | Bar | Rand Refinery | UJ9231 | .9970 | 402.813 | 12,528.8848 |
| 142) | Bar | Rand Refinery | UJ9232 | .9970 | 403.685 | 12,556.0070 |
| 143) | Bar | Rand Refinery | UJ9233 | .9970 | 401.492 | 12,487.7971 |
| 144) | Bar | Rand Refinery | UJ9234 | .9970 | 402.040 | 12,504.8418 |
| 145) | Bar | Rand Refinery | UJ9235 | .9970 | 404.657 | 12,586.2396 |
| 146) | Bar | Rand Refinery | UJ9236 | .9970 | 407.349 | 12,669.9702 |
| 147) | Bar | Rand Refinery | UJ9237 | .9970 | 404.657 | 12,586.2396 |
| 148) | Bar | RAND REFINERY | VH3568 | .9971 | 404.523 | 12,582.0717 |
| 149) | Bar | RAND REFINERY | VH3569 | .9972 | 399.802 | 12,435.2322 |
| | | | **Total Gold:** | | **59,586.446** | **1,853,345.6408** |

# Gold held by **The e-gold Bullion Reserve Special Purpose Trust**
## stored at **Transguard**
(data current as of: 5/14/2007 9:29:39 AM ET)

| Item | Description | Brand | Serial Number | Purity | Fine Troy Ounces | Fine Grams |
|------|-------------|-------|---------------|--------|------------------|------------|
| 1) | Bar | CCR | 452 | .9999 | 397.135 | 12,352.2793 |
| 2) | Bar | CCR | 474 | .9999 | 401.460 | 12,486.8018 |
| 3) | Bar | ARY | 47733 | .995 | 31.964 | 994.1915 |
| 4) | Bar | ARY | 47734 | .995 | 31.964 | 994.1915 |
| 5) | Bar | ARY | 47735 | .995 | 31.964 | 994.1915 |
| 6) | Bar | ARY | 47736 | .995 | 31.964 | 994.1915 |
| 7) | Bar | ARY | 47737 | .995 | 31.964 | 994.1915 |
| 8) | Bar | ARY | 47738 | .995 | 31.964 | 994.1915 |
| 9) | Bar | ARY | 47739 | .995 | 31.964 | 994.1915 |
| 10) | Bar | ARY | 47742 | .995 | 31.964 | 994.1915 |
| 11) | Bar | ARY | 47743 | .995 | 31.964 | 994.1915 |
| 12) | Bar | ARY | 47744 | .995 | 31.964 | 994.1915 |
| 13) | Bar | ARY | 47745 | .995 | 31.964 | 994.1915 |
| 14) | Bar | ARY | 47746 | .995 | 31.964 | 994.1915 |
| 15) | Bar | ARY | 47755 | .9950 | 31.964 | 994.1915 |
| 16) | Bar | ARY | 47756 | .9950 | 31.964 | 994.1915 |
| 17) | Bar | ARY | 47757 | .9950 | 31.964 | 994.1915 |
| 18) | Bar | ARY | 47758 | .9950 | 31.964 | 994.1915 |
| 19) | Bar | ARY | 47759 | .9950 | 31.964 | 994.1915 |
| 20) | Bar | ARY | 47760 | .9950 | 31.964 | 994.1915 |
| 21) | Bar | ARY | 47761 | .9950 | 31.964 | 994.1915 |
| 22) | Bar | ARY | 47762 | .9950 | 31.964 | 994.1915 |
| 23) | Bar | ARY | 47763 | .9950 | 31.964 | 994.1915 |
| 24) | Bar | ARY | 47764 | .9950 | 31.964 | 994.1915 |
| 25) | Bar | ARY | 47765 | .9950 | 31.964 | 994.1915 |
| 26) | Bar | ARY | 47766 | .9950 | 31.964 | 994.1915 |
| 27) | Bar | ARY | 47769 | .9950 | 31.964 | 994.1915 |
| 28) | Bar | ARY | 47770 | .9950 | 31.964 | 994.1915 |
| 29) | Bar | ARY | 47771 | .9950 | 31.964 | 994.1915 |
| 30) | Bar | ARY | 47772 | .9950 | 31.964 | 994.1915 |
| 31) | Bar | ARY | 47773 | .9950 | 31.964 | 994.1915 |
| 32) | Bar | ARY | 47774 | .9950 | 31.964 | 994.1915 |
| 33) | Bar | ARY | 47775 | .9950 | 31.964 | 994.1915 |
| 34) | Bar | ARY | 47776 | .9950 | 31.964 | 994.1915 |
| 35) | Bar | ARY | 47777 | .9950 | 31.964 | 994.1915 |
| 36) | Bar | ARY | 47778 | .9950 | 31.964 | 994.1915 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37) | Bar | ARY | 47779 | .9950 | 31.964 | 994.1915 |
| 38) | Bar | ARY | 47780 | .9950 | 31.964 | 994.1915 |
| 39) | Bar | ARY | 47781 | .9950 | 31.964 | 994.1915 |
| 40) | Bar | ARY | 47782 | .9950 | 31.964 | 994.1915 |
| 41) | Bar | ARY | 47783 | .9950 | 31.964 | 994.1915 |
| 42) | Bar | ARY | 47784 | .9950 | 31.964 | 994.1915 |
| 43) | Bar | ARY | 47785 | .9950 | 31.964 | 994.1915 |
| 44) | Bar | ARY | 47786 | .9950 | 31.964 | 994.1915 |
| 45) | Bar | ARY | 47787 | .9950 | 31.964 | 994.1915 |
| 46) | Bar | ARY | 47788 | .9950 | 31.964 | 994.1915 |
| 47) | Bar | ARY | 47789 | .9950 | 31.964 | 994.1915 |
| 48) | Bar | ARY | 47790 | .9950 | 31.964 | 994.1915 |
| 49) | Bar | ARY | 47791 | .9950 | 31.964 | 994.1915 |
| 50) | Bar | ARY | 47792 | .9950 | 31.964 | 994.1915 |
| 51) | Bar | ARY | 47793 | .9950 | 31.964 | 994.1915 |
| 52) | Bar | ARY | 47794 | .9950 | 31.964 | 994.1915 |
| 53) | Bar | ARY | 47795 | .9950 | 31.964 | 994.1915 |
| 54) | Bar | ARY | 47796 | .9950 | 31.964 | 994.1915 |
| 55) | Bar | ARY | 47801 | .9950 | 31.964 | 994.1915 |
| 56) | Bar | ARY | 47802 | .9950 | 31.964 | 994.1915 |
| 57) | Bar | ARY | 47803 | .9950 | 31.964 | 994.1915 |
| 58) | Bar | ARY | 47804 | .9950 | 31.964 | 994.1915 |
| 59) | Bar | ARY | 47805 | .9950 | 31.964 | 994.1915 |
| 60) | Bar | ARY | 47806 | .9950 | 31.964 | 994.1915 |
| 61) | Bar | ARY | 47807 | .9950 | 31.964 | 994.1915 |
| 62) | Bar | ARY | 47808 | .9950 | 31.964 | 994.1915 |
| 63) | Bar | ARY | 47811 | .9950 | 31.964 | 994.1915 |
| 64) | Bar | ARY | 47812 | .9950 | 31.964 | 994.1915 |
| 65) | Bar | ARY | 47813 | .9950 | 31.964 | 994.1915 |
| 66) | Bar | ARY | 47814 | .9950 | 31.964 | 994.1915 |
| 67) | Bar | ARY | 47815 | .9950 | 31.964 | 994.1915 |
| 68) | Bar | ARY | 47816 | .9950 | 31.964 | 994.1915 |
| 69) | Bar | ARY | 47817 | .9950 | 31.964 | 994.1915 |
| 70) | Bar | ARY | 47818 | .9950 | 31.964 | 994.1915 |
| 71) | Bar | ARY | 47824 | .9950 | 31.964 | 994.1915 |
| 72) | Bar | ARY | 47825 | .9950 | 31.964 | 994.1915 |
| 73) | Bar | ARY | 47826 | .9950 | 31.964 | 994.1915 |
| 74) | Bar | ARY | 47827 | .9950 | 31.964 | 994.1915 |
| 75) | Bar | ARY | 47828 | .9950 | 31.964 | 994.1915 |
| 76) | Bar | ARY | 47829 | .9950 | 31.964 | 994.1915 |

| 77) Bar | ARY | 47830 | .9950 | 31.964 | 994.1915 |
| 78) Bar | ARY | 47831 | .9950 | 31.964 | 994.1915 |
| 79) Bar | ARY | 47832 | .9950 | 31.964 | 994.1915 |
| 80) Bar | ARY | 47833 | .9950 | 31.964 | 994.1915 |
| 81) Bar | ARY | 47834 | .9950 | 31.964 | 994.1915 |
| 82) Bar | ARY | 47835 | .9950 | 31.964 | 994.1915 |
| 83) Bar | ARY | 47836 | .9950 | 31.964 | 994.1915 |
| 84) Bar | ARY | 47837 | .9950 | 31.964 | 994.1915 |
| 85) Bar | ARY | 47838 | .9950 | 31.964 | 994.1915 |
| 86) Bar | ARY | 47839 | .9950 | 31.964 | 994.1915 |
| 87) Bar | ARY | 47840 | .9950 | 31.964 | 994.1915 |
| 88) Bar | ARY | 47841 | .9950 | 31.964 | 994.1915 |
| 89) Bar | ARY | 47842 | .9950 | 31.964 | 994.1915 |
| 90) Bar | ARY | 47843 | .9950 | 31.964 | 994.1915 |
| 91) Bar | ARY | 47844 | .9950 | 31.964 | 994.1915 |
| 92) Bar | ARY | 47845 | .9950 | 31.964 | 994.1915 |
| 93) Bar | ARY | 47846 | .9950 | 31.964 | 994.1915 |
| 94) Bar | ARY | 47847 | .9950 | 31.964 | 994.1915 |
| 95) Bar | ARY | 47848 | .9950 | 31.964 | 994.1915 |
| 96) Bar | ARY | 47849 | .9950 | 31.964 | 994.1915 |
| 97) Bar | ARY | 47850 | .9950 | 31.964 | 994.1915 |
| 98) Bar | ARY | 47851 | .9950 | 31.964 | 994.1915 |
| 99) Bar | ARY | 47852 | .9950 | 31.964 | 994.1915 |
| 100) Bar | ARY | 47853 | .9950 | 31.964 | 994.1915 |
| 101) Bar | ARY | 47854 | .9950 | 31.964 | 994.1915 |
| 102) Bar | ARY | 47855 | .9950 | 31.964 | 994.1915 |
| 103) Bar | ARY | 47856 | .9950 | 31.964 | 994.1915 |
| 104) Bar | ARY | 47857 | .9950 | 31.964 | 994.1915 |
| 105) Bar | ARY | 47858 | .9950 | 31.964 | 994.1915 |
| 106) Bar | ARY | 47859 | .9950 | 31.964 | 994.1915 |
| 107) Bar | ARY | 47860 | .9950 | 31.964 | 994.1915 |
| 108) Bar | ARY | 47861 | .9950 | 31.964 | 994.1915 |
| 109) Bar | ARY | 47862 | .9950 | 31.964 | 994.1915 |
| 110) Bar | ARY | 47863 | .9950 | 31.964 | 994.1915 |
| 111) Bar | ARY | 47864 | .9950 | 31.964 | 994.1915 |
| 112) Bar | ARY | 47865 | .9950 | 31.964 | 994.1915 |
| 113) Bar | ARY | 47866 | .9950 | 31.964 | 994.1915 |
| 114) Bar | ARY | 47867 | .9950 | 31.964 | 994.1915 |
| 115) Bar | ARY | 47868 | .9950 | 31.964 | 994.1915 |
| 116) Bar | ARY | 47869 | .9950 | 31.964 | 994.1915 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 117) | Bar | ARY | 47870 | .9950 | 31.964 | 994.1915 |
| 118) | Bar | ARY | 47871 | .9950 | 31.964 | 994.1915 |
| 119) | Bar | ARY | 47872 | .9950 | 31.964 | 994.1915 |
| 120) | Bar | ARY | 47873 | .9950 | 31.964 | 994.1915 |
| 121) | Bar | ARY | 47874 | .9950 | 31.964 | 994.1915 |
| 122) | Bar | ARY | 47875 | .9950 | 31.964 | 994.1915 |
| 123) | Bar | ARY | 47876 | .9950 | 31.964 | 994.1915 |
| 124) | Bar | ARY | 47877 | .9950 | 31.964 | 994.1915 |
| 125) | Bar | ARY | 47878 | .9950 | 31.964 | 994.1915 |
| 126) | Bar | ARY | 47879 | .9950 | 31.964 | 994.1915 |
| 127) | Bar | ARY | 47880 | .9950 | 31.964 | 994.1915 |
| 128) | Bar | ARY | 47881 | .9950 | 31.964 | 994.1915 |
| 129) | Bar | ARY | 47882 | .9950 | 31.964 | 994.1915 |
| 130) | Bar | ARY | 47883 | .9950 | 31.964 | 994.1915 |
| 131) | Bar | ARY | 47884 | .9950 | 31.964 | 994.1915 |
| 132) | Bar | ARY | 47885 | .9950 | 31.964 | 994.1915 |
| 133) | Bar | ARY | 47886 | .9950 | 31.964 | 994.1915 |
| 134) | Bar | ARY | 47887 | .9950 | 31.964 | 994.1915 |
| 135) | Bar | ARY | 47888 | .9950 | 31.964 | 994.1915 |
| 136) | Bar | ARY | 47889 | .9950 | 31.964 | 994.1915 |
| 137) | Bar | ARY | 47890 | .9950 | 31.964 | 994.1915 |
| 138) | Bar | ARY | 47891 | .9950 | 31.964 | 994.1915 |
| 139) | Bar | ARY | 47892 | .9950 | 31.964 | 994.1915 |
| 140) | Bar | ARY | 47893 | .9950 | 31.964 | 994.1915 |
| 141) | Bar | ARY | 47894 | .9950 | 31.964 | 994.1915 |
| 142) | Bar | ARY | 47895 | .9950 | 31.964 | 994.1915 |
| 143) | Bar | ARY | 47898 | .9950 | 31.964 | 994.1915 |
| 144) | Bar | ARY | 47899 | .9950 | 31.964 | 994.1915 |
| 145) | Bar | ARY | 47900 | .9950 | 31.964 | 994.1915 |
| 146) | Bar | ARY | 47901 | .9950 | 31.964 | 994.1915 |
| 147) | Bar | ARY | 47902 | .9950 | 31.964 | 994.1915 |
| 148) | Bar | ARY | 47903 | .9950 | 31.964 | 994.1915 |
| 149) | Bar | ARY | 47904 | .9950 | 31.964 | 994.1915 |
| 150) | Bar | ARY | 47905 | .9950 | 31.964 | 994.1915 |
| 151) | Bar | ARY | 47915 | .9950 | 31.964 | 994.1915 |
| 152) | Bar | ARY | 47916 | .9950 | 31.964 | 994.1915 |
| 153) | Bar | ARY | 47917 | .9950 | 31.964 | 994.1915 |
| 154) | Bar | ARY | 47918 | .9950 | 31.964 | 994.1915 |
| 155) | Bar | ARY | 47919 | .9950 | 31.964 | 994.1915 |
| 156) | Bar | ARY | 47920 | .9950 | 31.964 | 994.1915 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 157) | Bar | ARY | 47921 | .9950 | 31.964 | 994.1915 |
| 158) | Bar | ARY | 47922 | .9950 | 31.964 | 994.1915 |
| 159) | Bar | ARY | 47923 | .9950 | 31.964 | 994.1915 |
| 160) | Bar | ARY | 47924 | .9950 | 31.964 | 994.1915 |
| 161) | Bar | ARY | 47925 | .9950 | 31.964 | 994.1915 |
| 162) | Bar | ARY | 47926 | .9950 | 31.964 | 994.1915 |
| 163) | Bar | ARY | 47927 | .9950 | 31.964 | 994.1915 |
| 164) | Bar | ARY | 47928 | .9950 | 31.964 | 994.1915 |
| 165) | Bar | ARY | 47929 | .9950 | 31.964 | 994.1915 |
| 166) | Bar | ARY | 47930 | .9950 | 31.964 | 994.1915 |
| 167) | Bar | ARY | 47931 | .9950 | 31.964 | 994.1915 |
| 168) | Bar | ARY | 47932 | .9950 | 31.964 | 994.1915 |
| 169) | Bar | ARY | 47933 | .9950 | 31.964 | 994.1915 |
| 170) | Bar | ARY | 47934 | .9950 | 31.964 | 994.1915 |
| 171) | Bar | ARY | 47935 | .9950 | 31.964 | 994.1915 |
| 172) | Bar | ARY | 47936 | .9950 | 31.964 | 994.1915 |
| 173) | Bar | ARY | 47937 | .9950 | 31.964 | 994.1915 |
| 174) | Bar | ARY | 47938 | .9950 | 31.964 | 994.1915 |
| 175) | Bar | JM | 52456 | .9999 | 382.062 | 11,883.4566 |
| 176) | Bar | JM | 52459 | .9999 | 401.060 | 12,474.3604 |
| 177) | Bar | JM | 52463 | .9999 | 373.513 | 11,617.5529 |
| 178) | Bar | JM | 52465 | .9999 | 374.138 | 11,636.9926 |
| 179) | Bar | JM | 52474 | .9999 | 377.887 | 11,753.5995 |
| 180) | Bar | JM | 52479 | .9999 | 373.138 | 11,605.8891 |
| 181) | Bar | JM | 52489 | .9999 | 415.058 | 12,909.7469 |
| 182) | Bar | JM | 52490 | .9999 | 391.936 | 12,190.5723 |
| 183) | Bar | JM | 53943 | .9999 | 386.461 | 12,020.2807 |
| 184) | Bar | JM | 53945 | .9999 | 385.161 | 11,979.8462 |
| 185) | Bar | JM | 53946 | .9999 | 388.886 | 12,095.7067 |
| 186) | Bar | JM | 53947 | .9999 | 395.610 | 12,304.8465 |
| 187) | Bar | JM | 53948 | .9999 | 383.862 | 11,939.4428 |
| 188) | Bar | JM | 53949 | .9999 | 398.460 | 12,393.4914 |
| 189) | Bar | JM | 54082 | .9999 | 405.859 | 12,623.6260 |
| 190) | Bar | JM | 54089 | .9999 | 387.411 | 12,049.8291 |
| 191) | Bar | JM | 54090 | .9999 | 409.209 | 12,727.8226 |
| 192) | Bar | JM | 54095 | .9999 | 403.085 | 12,537.3449 |
| 193) | Bar | JM | 54410 | .9999 | 391.686 | 12,182.7964 |
| 194) | Bar | JM | 54411 | .9999 | 388.586 | 12,086.3756 |
| 195) | Bar | JM | 54418 | .9999 | 402.310 | 12,513.2398 |
| 196) | Bar | JM | 54423 | .9999 | 404.710 | 12,587.8881 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 197) | Bar | JM | 54464 | .9999 | 382.662 | 11,902.1186 |
| 198) | Bar | JM | 54466 | .9999 | 407.834 | 12,685.0554 |
| 199) | Bar | JM | 54467 | .9999 | 404.135 | 12,570.0036 |
| 200) | Bar | JM | 54472 | .9999 | 388.611 | 12,087.1532 |
| 201) | Bar | JM | 55875 | .9999 | 407.834 | 12,685.0554 |
| 202) | Bar | JM | 55877 | .9999 | 421.633 | 13,114.2522 |
| 203) | Bar | JM | 55893 | .9999 | 407.159 | 12,664.0605 |
| 204) | Bar | JM | 55897 | .9999 | 406.584 | 12,646.1760 |
| 205) | Bar | JM | 56075 | .9999 | 400.060 | 12,443.2569 |
| 206) | Bar | JM | 56085 | .9999 | 394.211 | 12,261.3327 |
| 207) | Bar | JM | 56086 | .9999 | 391.161 | 12,166.4671 |
| 208) | Bar | JM | 56087 | .9999 | 388.636 | 12,087.9308 |
| 209) | Bar | JM | 56088 | .9999 | 393.086 | 12,226.3413 |
| 210) | Bar | JM | 56089 | .9999 | 394.036 | 12,255.8896 |
| 211) | Bar | JM | 56090 | .9999 | 396.510 | 12,332.8396 |
| 212) | Bar | JM | 56091 | .9999 | 391.111 | 12,164.9119 |
| 213) | Bar | JM | 56097 | .9999 | 400.685 | 12,462.6966 |
| 214) | Bar | JM | 56099 | .9999 | 395.760 | 12,309.5120 |
| 215) | Bar | JM | 56112 | .9999 | 377.112 | 11,729.4943 |
| 216) | Bar | JM | 56113 | .9999 | 392.761 | 12,216.2327 |
| 217) | Bar | JM | 56114 | .9999 | 375.862 | 11,690.6150 |
| 218) | Bar | CCR | 579 | .9999 | 402.360 | 12,514.7949 |
| 219) | Bar | CCR | 830 | .9999 | 402.010 | 12,503.9087 |
| 220) | Bar | CCR | 936 | .9999 | 403.510 | 12,550.5639 |
| 221) | Bar | CCR | 937 | .9999 | 403.685 | 12,556.0070 |
| 222) | Bar | CCR | 938 | .9999 | 403.310 | 12,544.3432 |
| 223) | Bar | CCR | 939 | .9999 | 402.935 | 12,532.6794 |
| 224) | Bar | CCR | 981 | .9999 | 400.610 | 12,460.3638 |
| 225) | Bar | CCR | 982 | .9999 | 400.185 | 12,447.1449 |
| 226) | Bar | CCR | 983 | .9999 | 400.110 | 12,444.8121 |
| 227) | Bar | CCR | 984 | .9999 | 399.685 | 12,431.5931 |
| 228) | Bar | RCM | DD1363 | .9970 | 390.658 | 12,150.8220 |
| 229) | Bar | RCM | DD5242 | .9972 | 389.595 | 12,117.7590 |
| 230) | Bar | RCM | X1533 | .9999 | 398.360 | 12,390.3810 |
| | | | | **Total Gold:** | **28,430.947** | **884,301.3004** |

# Silver held by **The e-gold Bullion Reserve Special Purpose Trust**
## stored at **Transguard**
(data current as of: 5/14/2007 9:30:20 AM ET)

| Item | Description | Brand | Serial Number | Purity | Fine Troy Ounces | Fine Grams |
|------|-------------|-------|---------------|--------|------------------|------------|
| 1) | Bar | JM | 1440-8 | .9990 | 989.700 | 30,783.1110 |
| 2) | Bar | CCR | 1594-11 | .9990 | 1,027.220 | 31,950.1134 |
| 3) | Bar | CCR | 1594-12 | .9990 | 1,026.940 | 31,941.4045 |
| 4) | Bar | CCR | 1594-13 | .9990 | 1,026.700 | 31,933.9396 |
| 5) | Bar | CCR | 1594-14 | .9990 | 1,021.770 | 31,780.5995 |
| 6) | Bar | CCR | 1594-15 | .9990 | 1,016.070 | 31,603.3097 |
| 7) | Bar | CCR | 1594-6 | .999 | 1,047.100 | 32,568.4506 |
| 8) | Bar | CCR | 1594-7 | .999 | 1,041.590 | 32,397.0704 |
| 9) | Bar | CCR | 1594-8 | .999 | 1,039.490 | 32,331.7531 |
| 10) | Bar | CCR | 1595-10 | .999 | 1,007.130 | 31,325.2446 |
| 11) | Bar | CCR | 1595-11 | .9990 | 1,001.700 | 31,156.3527 |
| 12) | Bar | CCR | 1595-12 | .9990 | 1,000.320 | 31,113.4299 |
| 13) | Bar | CCR | 1595-13 | .9990 | 997.070 | 31,012.3436 |
| 14) | Bar | CCR | 1595-6 | .999 | 1,033.840 | 32,156.0185 |
| 15) | Bar | CCR | 1595-7 | .999 | 1,031.790 | 32,092.2563 |
| 16) | Bar | CCR | 1595-9 | .999 | 1,014.700 | 31,560.6979 |
| 17) | Bar | CCR | 173-14 | .999 | 987.210 | 30,705.6633 |
| 18) | Bar | CCR | 173-15 | .999 | 984.250 | 30,613.5970 |
| 19) | Bar | CCR | 174-13 | .999 | 992.830 | 30,880.4649 |
| 20) | Bar | CCR | 174-14 | .999 | 990.450 | 30,806.4386 |
| 21) | Bar | CCR | 174-15 | .999 | 968.100 | 30,111.2759 |
| 22) | Bar | CCR | 189-11 | .9990 | 1,004.800 | 31,252.7735 |
| 23) | Bar | CCR | 189-12 | .9990 | 1,004.500 | 31,243.4424 |
| 24) | Bar | CCR | 189-14 | .9990 | 995.750 | 30,971.2870 |
| 25) | Bar | CCR | 189-15 | .9990 | 989.340 | 30,771.9137 |
| 26) | Bar | CCR | 2159-4 | .9990 | 1,051.290 | 32,698.7741 |
| 27) | Bar | CCR | 2160-10 | .9990 | 1,012.030 | 31,477.6516 |
| 28) | Bar | CCR | 2160-11 | .9990 | 1,006.020 | 31,290.7197 |
| 29) | Bar | CCR | 2160-12 | .9990 | 992.650 | 30,874.8662 |
| 30) | Bar | CCR | 2160-13 | .9990 | 990.900 | 30,820.4352 |
| 31) | Bar | CCR | 2160-14 | .9990 | 982.570 | 30,561.3432 |
| 32) | Bar | CCR | 2160-15 | .9990 | 981.470 | 30,527.1294 |
| 33) | Bar | CCR | 2160-2 | .9990 | 1,026.370 | 31,923.6755 |
| 34) | Bar | CCR | 2160-3 | .9990 | 1,025.470 | 31,895.6824 |
| 35) | Bar | CCR | 2160-6 | .9990 | 1,019.220 | 31,701.2856 |
| 36) | Bar | CCR | 2160-7 | .9990 | 1,018.330 | 31,673.6035 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37) | Bar | CCR | 2160-8 | .9990 | 1,016.840 | 31,627.2593 |
| 38) | Bar | CCR | 2160-9 | .9990 | 1,013.160 | 31,512.7986 |
| 39) | Bar | CCR | 2163-12 | .9990 | 1,023.210 | 31,825.3885 |
| 40) | Bar | CCR | 2163-13 | .9990 | 1,021.290 | 31,765.6698 |
| 41) | Bar | CCR | 2163-14 | .9990 | 1,018.780 | 31,687.6001 |
| 42) | Bar | CCR | 2164-15 | .9990 | 981.480 | 30,527.4404 |
| 43) | Bar | CCR | 2166-15 | .9990 | 994.450 | 30,930.8525 |
| 44) | Bar | TAD | 2461-17 | .9990 | 1,023.100 | 31,821.9671 |
| 45) | Bar | TAD | 2461-18 | .9990 | 1,014.900 | 31,566.9186 |
| 46) | Bar | TAD | 2502-1 | .9990 | 1,097.200 | 34,126.7347 |
| 47) | Bar | TAD | 2502-10 | .9990 | 1,031.800 | 32,092.5674 |
| 48) | Bar | TAD | 2502-2 | .9990 | 1,040.200 | 32,353.8366 |
| 49) | Bar | TAD | 2502-3 | .9990 | 1,040.400 | 32,360.0573 |
| 50) | Bar | TAD | 2502-4 | .9990 | 1,027.300 | 31,952.6017 |
| 51) | Bar | TAD | 2502-5 | .9990 | 1,053.000 | 32,751.9611 |
| 52) | Bar | TAD | 2502-6 | .9990 | 1,081.000 | 33,622.8584 |
| 53) | Bar | TAD | 2502-7 | .9990 | 1,075.000 | 33,436.2376 |
| 54) | Bar | TAD | 2502-8 | .9990 | 1,065.500 | 33,140.7545 |
| 55) | Bar | TAD | 2502-9 | .9990 | 1,060.300 | 32,979.0165 |
| 56) | Bar | TAD | 2521-16 | .9990 | 1,071.500 | 33,327.3754 |
| 57) | Bar | TAD | 2521-17 | .9990 | 1,040.100 | 32,350.7262 |
| 58) | Bar | TAD | 2521-18 | .9990 | 1,033.200 | 32,136.1122 |
| 59) | Bar | JM | 38019R | .9990 | 987.800 | 30,724.0144 |
| 60) | Bar | RCM | 38024R | .9990 | 944.700 | 29,383.4545 |
| 61) | Bar | CCR | 639-1 | .999 | 1,074.210 | 33,411.6658 |
| 62) | Bar | CCR | 639-10 | .999 | 1,049.520 | 32,643.7210 |
| 63) | Bar | CCR | 639-11 | .999 | 1,044.270 | 32,480.4277 |
| 64) | Bar | CCR | 639-12 | .999 | 1,044.210 | 32,478.5615 |
| 65) | Bar | CCR | 639-13 | .999 | 1,039.620 | 32,335.7966 |
| 66) | Bar | CCR | 639-14 | .999 | 1,029.520 | 32,021.6514 |
| 67) | Bar | CCR | 639-15 | .999 | 1,012.970 | 31,506.8889 |
| 68) | Bar | CCR | 639-2 | .999 | 1,070.420 | 33,293.7836 |
| 69) | Bar | CCR | 639-3 | .999 | 1,067.180 | 33,193.0084 |
| 70) | Bar | CCR | 639-4 | .999 | 1,066.980 | 33,186.7877 |
| 71) | Bar | CCR | 639-5 | .999 | 1,066.750 | 33,179.6339 |
| 72) | Bar | CCR | 639-7 | .999 | 1,053.930 | 32,780.8873 |
| 73) | Bar | CCR | 639-9 | .999 | 1,050.330 | 32,668.9148 |
| 74) | Bar | CCR | 640-1 | .999 | 1,056.670 | 32,866.1108 |
| 75) | Bar | CCR | 640-10 | .999 | 1,031.720 | 32,090.0791 |
| 76) | Bar | CCR | 640-11 | .999 | 1,028.880 | 32,001.7452 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 77) | Bar | CCR | 640-12 | .999 | 1,028.650 | 31,994.5914 |
| 78) | Bar | CCR | 640-13 | .999 | 1,021.390 | 31,768.7802 |
| 79) | Bar | CCR | 640-14 | .999 | 1,019.200 | 31,700.6636 |
| 80) | Bar | CCR | 640-15 | .999 | 1,012.390 | 31,488.8489 |
| 81) | Bar | CCR | 640-2 | .999 | 1,056.410 | 32,858.0239 |
| 82) | Bar | CCR | 640-3 | .999 | 1,054.120 | 32,786.7970 |
| 83) | Bar | CCR | 640-4 | .999 | 1,054.120 | 32,786.7970 |
| 84) | Bar | CCR | 640-5 | .999 | 1,051.640 | 32,709.6603 |
| 85) | Bar | CCR | 640-6 | .999 | 1,050.500 | 32,674.2024 |
| 86) | Bar | CCR | 640-7 | .999 | 1,049.360 | 32,638.7444 |
| 87) | Bar | CCR | 640-8 | .999 | 1,045.670 | 32,523.9726 |
| 88) | Bar | CCR | 640-9 | .999 | 1,043.060 | 32,442.7925 |
| 89) | Bar | CCR | 697-11 | .9990 | 1,026.150 | 31,916.8327 |
| 90) | Bar | CCR | 697-12 | .9990 | 1,021.970 | 31,786.8202 |
| 91) | Bar | CCR | 697-13 | .9990 | 1,019.640 | 31,714.3491 |
| 92) | Bar | CCR | 697-14 | .9990 | 1,015.820 | 31,595.5338 |
| 93) | Bar | CCR | 697-15 | .9990 | 1,014.440 | 31,552.6110 |
| 94) | Bar | CCR | 698-11 | .9990 | 1,007.560 | 31,338.6191 |
| 95) | Bar | CCR | 698-12 | .9990 | 1,007.280 | 31,329.9101 |
| 96) | Bar | CCR | 698-13 | .9990 | 1,005.980 | 31,289.4756 |
| 97) | Bar | CCR | 698-14 | .9990 | 1,001.360 | 31,145.7775 |
| 98) | Bar | CCR | 698-15 | .9990 | 992.400 | 30,867.0904 |
| 99) | Bar | INCO | 7932 | .999 | 1,020.250 | 31,733.3222 |
| 100) | Bar | INCO | 7933 | .999 | 1,055.700 | 32,835.9405 |
| 101) | Bar | INCO | 7934 | .999 | 1,076.550 | 33,484.4479 |
| 102) | Bar | INCO | 7935 | .999 | 1,035.050 | 32,193.6537 |
| 103) | Bar | INCO | 7936 | .999 | 1,057.800 | 32,901.2578 |
| 104) | Bar | INCO | 7937 | .999 | 1,054.300 | 32,792.3956 |
| 105) | Bar | INCO | 7938 | .999 | 1,021.950 | 31,786.1981 |
| 106) | Bar | INCO | 7939 | .999 | 1,053.400 | 32,764.4025 |
| 107) | Bar | INCO | 7940 | .999 | 1,043.850 | 32,467.3643 |
| 108) | Bar | INCO | 7941 | .999 | 1,036.850 | 32,249.6399 |
| 109) | Bar | INCO | 7942 | .999 | 1,016.700 | 31,622.9049 |
| 110) | Bar | INCO | 7943 | .999 | 1,035.300 | 32,201.4295 |
| 111) | Bar | INCO | 7944 | .999 | 1,029.150 | 32,010.1431 |
| 112) | Bar | INCO | 7945 | .999 | 1,001.650 | 31,154.7975 |
| 113) | Bar | INCO | 7946 | .999 | 1,054.100 | 32,786.1749 |
| 114) | Bar | INCO | 7947 | .999 | 1,051.850 | 32,716.1921 |
| 115) | Bar | INCO | 7948 | .999 | 1,042.200 | 32,416.0435 |
| 116) | Bar | INCO | 7949 | .999 | 1,047.750 | 32,588.6678 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 117) | Bar | INCO | 7950 | .999 | 1,037.950 | 32,283.8537 |
| 118) | Bar | INCO | 7951 | .999 | 1,038.850 | 32,311.8469 |
| 119) | Bar | RCM | M-75 | .9990 | 1,019.900 | 31,722.4360 |
| 120) | Bar | RCM | M73 | .9990 | 1,032.800 | 32,123.6708 |
| 121) | Bar | URALELECTROMED | YA 3396 | .9999 | 953.904 | 29,669.7309 |
| 122) | Bar | URALELECTROMED | YA 3397 | .9999 | 948.105 | 29,489.3619 |
| 123) | Bar | URALELECTROMED | YA 3398 | .9999 | 933.306 | 29,029.0615 |
| 124) | Bar | URALELECTROMED | YA 3399 | .9999 | 933.306 | 29,029.0615 |
| 125) | Bar | URALELECTROMED | YA 3400 | .9999 | 940.405 | 29,249.8651 |
| 126) | Bar | URALELECTROMED | YA 3401 | .9999 | 943.105 | 29,333.8445 |
| 127) | Bar | URALELECTROMED | YA 3402 | .9999 | 948.905 | 29,514.2447 |
| 128) | Bar | URALELECTROMED | YA 3403 | .9999 | 968.203 | 30,114.4795 |
| 129) | Bar | URALELECTROMED | YA 3404 | .9999 | 938.606 | 29,193.9099 |
| 130) | Bar | URALELECTROMED | YA 3405 | .9999 | 968.903 | 30,136.2520 |
| 131) | Bar | URALELECTROMED | YA 3406 | .9999 | 949.705 | 29,539.1274 |
| 132) | Bar | URALELECTROMED | YA 3407 | .9999 | 980.701 | 30,503.2108 |
| 133) | Bar | URALELECTROMED | YA 3408 | .9999 | 956.404 | 29,747.4896 |
| 134) | Bar | URALELECTROMED | YA 3409 | .9999 | 949.005 | 29,517.3550 |
| 135) | Bar | URALELECTROMED | YA 3410 | .9999 | 956.504 | 29,750.6000 |
| 136) | Bar | URALELECTROMED | YA 3411 | .9999 | 945.105 | 29,396.0514 |

**Total Silver:** **138,567.252 4,309,923.3078**

## Platinum held by The e-gold Bullion Reserve Special Purpose Trust
### stored at Transguard
(data current as of: 5/14/2007 9:30:38 AM ET)

| Item | Description | Brand | Serial Number | Purity | Fine Troy Ounces | Fine Grams |
|------|-------------|-------|---------------|--------|------------------|------------|
| 1) | Sponge | | | .9995 | 400.000 | 12,441.3907 |
| | | | **Total Platinum:** | | **400.000** | **12,441.3907** |

## Palladium held by The e-gold Bullion Reserve Special Purpose Trust
### stored at Transguard
(data current as of: 5/14/2007 9:30:49 AM ET)

| Item | Description | Brand | Serial Number | Purity | Fine Troy Ounces | Fine Grams |
|------|-------------|-------|---------------|--------|------------------|------------|
| 1) | Bar | Russia | 582'645 | .9998 | 97.044 | 3,018.4058 |
| 2) | Bar | USSR | 589058 | .9998 | 96.092 | 2,988.7953 |
| 3) | Bar | USSR | 589059 | .9998 | 95.925 | 2,983.6010 |
| 4) | Bar | Russia | 742601 | .9998 | 107.412 | 3,340.8867 |
| | | | **Total Palladium:** | | **396.473** | **12,331.6888** |