UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No. 07-109 - RMC |
| E-GOLD LIMITED, : | |
| GOLD & SILVER RESERVE, INC., : | |
| DOUGLAS L. JACKSON, : | |
| BARRY K. DOWNEY and : | |
| REID A. JACKSON : | |
| _____/ | |

## DEFENDANT REID A. JACKSON'S UNOPPOSED WAIVER OF APPEARANCE AT MAY 18, 2007 STATUS CONFERENCE

The Defendant, REID A. JACKSON, by and through his undersigned counsel, hereby waives his appearance at the status conference scheduled for Friday, May 18, 2007 at 11:45 a.m., and as grounds therefore states as follows:

1.      Mr. Reid Jackson is a resident of Melbourne, Florida and does not fly in airplanes. Accordingly, in order for Mr. Jackson to appear in Washington, D.C. for the status conference, he will need to drive a total of approximately thirty-four (34) hours.

2.      Mr. Jackson has been advised by Magistrate Judge Kay at Mr. Jackson's initial appearance and subsequently by undersigned counsel that the May 18 status conference will be held for purposes of calendaring and other related ministerial necessities.

3.      Rule 43(b)(3) of the Federal Rules of Criminal Procedure provides that defendants need not be present when "[t]he proceeding involves only a conference or hearing on a question of law."

4.      Mr. Jackson has accordingly chosen to invoke Rule 43(b)(3) and waive his appearance at the May 18, 2007 status conference.

5.      On May 15, 2007, undersigned counsel conferred with counsel for the government (Kimberly Kiefer Peretti, Esq.). Ms. Peretti advised undersigned counsel that the government had no objection to Mr. Jackson's waiver of appearance.

6.      Also on May 15, 2007, undersigned counsel spoke with Jeremy Schuhmacher of the Pretrial Services Agency for the United States District Court for the District of Columbia. Mr. Schuhmacher advised undersigned counsel that Mr. Jackson has been in full compliance

with the conditions of his pretrial release, Pretrial Services had no objection to Mr. Jackson's waiver of appearance.

WHEREFORE, for the foregoing reasons, the Defendant, REID A. JACKSON, respectfully waives he appearance at the May 18, 2007 status conference.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
305-350-5690 (o)
305-371-8989 (f)
Aron Raskas, Esq.
District Court for the
District of Columbia Bar No. 422939
Kramon & Graham, P.A.
One South Street; Suite 2600
Baltimore, Maryland 21202-3201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**DEFENDANT REID A. JACKSON'S UNOPPOSED WAIVER OF APPEARANCE AT MAY 18, 2007 STATUS CONFERENCE**

was served on May 15, 2007 upon all counsel of record via the Court's Electronic Case Filing system.

/s/ *Andrew S. Ittleman*
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
(305) 350-5690 (o)
(305) 371-8989 (f)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA        : <br> : <br> v.                                                    : <br> : Criminal No. 07-109 - RMC <br> E-GOLD LIMITED,                            : <br> GOLD & SILVER RESERVE, INC.,    : <br> DOUGLAS L. JACKSON,                 : <br> BARRY K. DOWNEY and                : <br> REID A. JACKSON                         : <br> _____/ | |

**ORDER ACCEPTING DEFENDANT REID A. JACKSON'S UNOPPOSED WAIVER OF APPEARANCE AT MAY 18, 2007 STATUS CONFERENCE**

This matter came before the court on Defendant Reid A. Jackson's unopposed waiver of appearance at the previously scheduled May 18, 2007 status conference. Being fully advised in the premises, it is hereby ordered and adjudged as follows:

Mr. Jackson's waiver of appearance is ACCEPTED. Mr. Jackson need not appear in Court for the May 18, 2007 status conference. Additionally, all previously scheduled conditions of Mr. Jackson's release shall remain the same.

Signed in Chambers on May _____, 2007.

_____
ROSEMARY M. COLLYER
United States District Judge

Copies furnished to:
All Counsel of Record
Pretrial Services Agency