UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-109 (RMC) |
| v. : | |
| : | |
| E-GOLD, LTD. : | |
| GOLD & SILVER RESERVE, INC. : | |
| DOUGLAS L. JACKSON, : | |
| BARRY K. DOWNEY, and : | |
| REID A. JACKSON, : | |
| : | |
| Defendants. : | |
| : | |

**GOVERNMENT'S MOTION TO AMEND**
**POST-INDICTMENT RESTRAINING ORDER**

COMES NOW the United States, by and through the United States Attorney for this District and by the United States Department of Justice, and hereby respectfully moves this Court to amend the Post-Indictment Restraining Order to require the defendants to file notice with the Court of any change in the name in which the precious metals are held, or where they are currently stored (including the name of the repository and the physical location of where the precious metals are held). As grounds therefor, the Government states as follows:

1. That pursuant to the Post-Indictment Restraining Order signed by the Court on April 26, 2007, the defendants were required to provide an accounting to the Government and the Court by May 2, 2007 of all precious metals held, including a listing of the name in which the metals are held, where they are currently stored, any identification names or numbers applicable to each piece held, and the current value of each piece.

2. That on May 14, 2007, the defendants filed a supplemental notice of accounting of "all precious metals held" as required by said Restraining Order, which listed Brinks as the repository of 149 gold bars held by the e-gold Bullion Reserve Special Purpose Trust.

3. That it has come to the attention of the Government that Brinks has given notice of termination of its Storage Agreement with the e-gold Bullion Reserve Special Purpose Trust and directed the Trust to remove all property from Brink's facilities by May 15, 2007.

4. That said gold bars and other precious metals are subject to forfeiture under the Indictment.

Wherefore, for the foregoing reasons, the Government requests this Court to amend said Post-Indictment Restraining Order to require defendant(s) E-GOLD, LTD., GOLD & SILVER RESERVE, INC., DOUGLAS L. JACKSON, BARRY K. DOWNEY, and REID A. JACKSON to file notice with the Court of any change in the listing of the name in which the precious metals are held, or where they are currently stored (including the name of the repository and the physical location of where the precious metals are held).

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY

By: _____
    KIMBERLY KIEFER PERETTI
    Senior Counsel
    U.S. Department of Justice
    Computer Crime and Intellectual Property Section, Criminal Division
    1301 New York Ave., NW, Suite 600
    Washington, D.C. 20530
    (202) 353-4249
    kimberly.peretti@usdoj.gov

LAUREL LOOMIS RIMON
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth Street, N.W., Rm. 5830
Washington, D.C.   20530
(202) 514-7788
Laurel.Loomis.Rimon@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 07-109 (RMC)** |
| v. : | |
| : | |
| E-GOLD, LTD. : | |
| GOLD & SILVER RESERVE, INC. : | |
| DOUGLAS L. JACKSON, : | |
| BARRY K. DOWNEY, and : | |
| REID A. JACKSON, : | |
| : | |
| **Defendants.** : | |
| : | |

### ORDER TO AMEND POST-INDICTMENT RESTRAINING ORDER

The United States has made a motion to this Court to amend the Post-Indictment Restraining Order to require the defendants to file notice with the Court of any change in the name in which the precious metals are held, or where they are currently stored (including the name of the repository and the physical location of where the precious metals are held). Upon consideration of the Government's motion and the reasons stated therein,

IT IS HEREBY ORDERED AND DECREED:

That defendant(s) E-GOLD, LTD., GOLD & SILVER RESERVE, INC., DOUGLAS L. JACKSON, BARRY K. DOWNEY, and REID A. JACKSON shall file notice with the Court of

1

any change in the name in which the precious metals are held, or where they are currently stored (including the name of the repository and the physical location of where the precious metals are held).

      DONE this the _____ day of May, 2007.

                                        _____
                                        United States District Judge