UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 07-109 (RMC)** |
| v. : | |
| : | |
| **E-GOLD, LTD.** : | |
| **GOLD & SILVER RESERVE, INC.** : | |
| **DOUGLAS L. JACKSON,** : | |
| **BARRY K. DOWNEY, and** : | |
| **REID A. JACKSON,** : | |
| : | |
| **Defendants.** : | |

MOTION TO UNSEAL AFFIDAVIT IN
SUPPORT OF SEIZURE WARRANTS

Upon information that seizure warrants filed under Magistrate case numbers 07-167, 07-168, 07-169, 07-170, 07-171, 07-172, 07-173, and 07-174 (concerning e-gold accounts 544179, 109243, 352900, 2325383, 2449745, 310679, 118611, 950023, 3292324, 372, 37273, 183720, 148652, and 111318, all of which were seized on the basis of 18 U.S.C. §§ 981 and 1960 (Operation of an unlicensed money transmitting business) as set forth in multiple copies of a single Affidavit) have been executed, the United States respectfully moves this Court to unseal the Affidavit in support of these seizure warrants.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
KIMBERLY KIEFER PERETTI
Senior Counsel
U.S. Department of Justice
Computer Crime and Intellectual Property Section,

Criminal Division
1301 New York Ave., NW, Suite 600
Washington, D.C.  20530
(202) 353-4249
kimberly.peretti@usdoj.gov

LAUREL LOOMIS RIMON
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth Street, N.W., Rm. 5830
Washington, D.C.   20530
(202) 514-7788
Laurel.Loomis.Rimon@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 07-109 (RMC)** |
| v. : | |
| : | |
| **E-GOLD, LTD.** : | |
| **GOLD & SILVER RESERVE, INC.** : | |
| **DOUGLAS L. JACKSON,** : | |
| **BARRY K. DOWNEY, and** : | |
| **REID A. JACKSON,** : | |
| : | |
| **Defendants.** : | |

### ORDER TO UNSEAL

Upon consideration of the Government's Motion to Unseal the Affidavit in support of seizure warrants filed under Magistrate case numbers 07-167, 07-168, 07-169, 07-170, 07-171, 07-172, 07-173, and 07-174 (concerning e-gold accounts 544179, 109243, 352900, 2325383, 2449745, 310679, 118611, 950023, 3292324, 372, 37273, 183720, 148652, and 111318, all of which were seized on the basis of 18 U.S.C. §§ 981 and 1960), it is hereby

ORDERED this _____ day of May, 2007, that the Affidavit in support of such seizure warrants is unsealed.

Date:_____                    _____
                                                                    UNITED STATES DISTRICT  JUDGE

cc:     Laurel Loomis Rimon
        Assistant United States Attorney
        U.S. Attorney's Office
        Criminal Division
        555 Fourth Street, N.W., Rm. 5830
        Washington, D.C. 20530
        (202) 514-7788
        Laurel.Loomis.Rimon@usdoj.gov

Kimberly Kiefer Peretti
Senior Counsel
U.S. Department of Justice
Computer Crime and Intellectual Property Section, Criminal Division
1301 New York Ave., NW, Suite 600
Washington, D.C.  20530
(202) 353-4249
kimberly.peretti@usdoj.gov