UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 07-109 (RMC) |
| ) | |
| E-GOLD, LTD. ) | |
| GOLD & SILVER RESERVE, INC. ) | |
| DOUGLAS L. JACKSON, ) | |
| BARRY K. DOWNEY, and ) | |
| REID A. JACKSON ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the Government's Motion to Unseal the Affidavit in support of seizure warrants filed under Magistrate case numbers 07-167, 07-168, 07-169, 07-170, 07-171, 07-172, 07-173, and 07-174 (concerning e-gold accounts 544179, 109243, 352900, 2325383, 2449745, 310679, 118611, 950023, 3292324, 372, 37273, 183720, 148652, and 111318, all of which were seized on the basis of 18 U.S.C. §§ 981 and 1960) upon information that the aforementioned seizure warrants have been executed.  Having considered the Government's motion, it is hereby

**ORDERED** that the Motion to Unseal the Affidavit in Support of Seizure Warrants [Dkt. #30] is **GRANTED**; and it is

**FURTHER ORDERED** that the Affidavit in support of the aforementioned seizure warrants be unsealed and made available on the ECF public docket under Criminal Case No. 07-109.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: May 21, 2007.