UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :    Criminal No. 07-109 (RMC)
v.                          :
                            :
E-GOLD, LTD.                :
GOLD & SILVER RESERVE, INC. :
DOUGLAS L. JACKSON,         :    FILED
BARRY K. DOWNEY, and        :
REID A. JACKSON,            :    MAY 2 3 2007
                            :
Defendants.                 :    NANCY MAYER WHITTINGTON, CLERK
                            :         U.S. DISTRICT COURT
                            :

## ORDER TO AMEND POST-INDICTMENT RESTRAINING ORDER

The United States has made a motion to this Court to amend the Post-Indictment Restraining Order to require the defendants to file notice with the Court of any change in the name in which the precious metals are held, or where they are currently stored (including the name of the repository and the physical location of where the precious metals are held).  Upon consideration of the Government's motion and the reasons stated therein,

IT IS HEREBY ORDERED AND DECREED:

That defendant(s) E-GOLD, LTD., GOLD & SILVER RESERVE, INC., DOUGLAS L. JACKSON, BARRY K. DOWNEY, and REID A. JACKSON shall file notice with the Court of

any change in the name in which the precious metals are held, or where they are currently stored (including the name of the repository and the physical location of where the precious metals are held).

DONE this the **23** day of May, 2007.

*Rosemary M Colly*
United States District Judge