IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** :<br>:<br>v. :<br>:<br>**E-GOLD LIMITED,** :<br>**GOLD & SILVER RESERVE, INC.,** :<br>**DOUGLAS L. JACKSON,** :<br>**BARRY K. DOWNEY, and** :<br>**REID A. JACKSON,** :<br>:<br>**Defendants** :<br>:<br>*Related Case:* :<br>**In the Matter of the Seizure of any and all** :<br>**property in/underlying E-Gold Acct 544179** :<br>**and in/underlying E-Gold Acct 109243,** :<br>**held by E-GOLD, Ltd. or Gold & Silver** :<br>**Reserve, Inc. on behalf of E-Gold, Ltd.** :<br>: | **CRIMINAL NO. 07-109-RMC**<br><br><br><br><br><br><br><br><br><br>**CASE NO. 07-167-M-01** |

## NOTICE OF LIMITED APPEARANCE

THE CLERK OF COURT will please note the appearance of David B. Smith as co-counsel for defendants in the above-referenced criminal matter. This appearance is limited to litigation of issues relating to forfeiture, seizure and the restraining order.

                                                         Respectfully submitted,

                                                          */s/ David B. Smith*
                                                         David B. Smith
                                                         DC Bar No. 403068
                                                         English & Smith
                                                         526 King Street, Suite 213
                                                         Alexandria, Virginia 22314
                                                         (703) 548-8911 / Facsimile (703) 548-8935
                                                         dsmith@englishandsmith.com
                                                         *Counsel for Defendant*

**Certificate of Service**

I hereby certify that on the 29th day of May, 2007, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Andrew S. Ittleman | aittleman@rorfgw.com |
| Kimberly Keifer Peretti | kimberly.peretti@usdoj.gov |
| Aron U. Raskas | araskas@kg-law.com, aoleszczuk@kg-law.com |
| Laurel Loomis Rimon | laurel.loomis.rimon@usdoj.gov, usadc.docketing@usdoj.gov, usadc.ecffraud@usdoj.gov |

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following:

Mitchell S. Fuerst
Fuerst Humphrey Ittleman
1001 Brickell Bay Drive, Suite 2002
Miami, Florida  33131

                                                                */s/ David B. Smith*
                                                                 David B. Smith
                                                                 VA Bar No. 25930
                                                                 English & Smith
                                                                 526 King Street, Suite 213
                                                                 Alexandria, Virginia  22314
                                                                 Phone:  703-548-8911
                                                                 Facsimile:  703-548-8935
                                                                 dsmith@englishandsmith.com
                                                                 *Co-Counsel for Defendants*