UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-109 (RMC) |
| v. : | |
| : | |
| E-GOLD, LTD., : | |
| GOLD & SILVER RESERVE, INC., : | |
| DOUGLAS L. JACKSON, : | |
| BARRY K. DOWNEY, and : | |
| REID A. JACKSON, : | |
| : | |
| Defendants. : | |
| : | |

### GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION TO UNSEAL THE LETTER SENT TO MAGISTRATE JUDGE JOHN FACCIOLA

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia and the United States Department of Justice, hereby files its response to Defendants' Motion to Unseal the Letter Sent to Magistrate Judge John Facciola by the United States Department of Justice in Support of the Application for the Seizure Warrant in Case No. 05-664-M-01 ("Defendant's Motion"). For the reasons set forth below, Defendants' Motion is entirely baseless and should be denied.

Defendants ask this Court to order the unsealing of a letter written to Magistrate Judge Facciola in December 2005, at his request, that was never read by the Judge nor was it the basis for any ruling or action by the Court. Further, the letter is attorney work product material in that it contains the mental impressions and conclusions of the prosecutors concerning an ongoing investigation, and is, therefore, privileged. Defendants have not stated a single basis upon which

this letter would be relevant to the proceedings in this case, and state that they "cannot know for sure whether the letter is in fact relevant to the instant proceedings because they have never read it." This is a pure fishing expedition.

Although defendants further state that "the parties are presently litigating the manner in which the government applied for seizure warrants in this case," that is not correct. We are not currently litigating the *manner* in which the Government applied for seizure warrants. Rather, we are currently litigating whether there is a basis for the release of some seized funds for attorney's fees. There have been no allegations of bad faith or error in the process that the Government has followed in obtaining seizure warrants, nor is there a basis for any.

Four accounts – two bank accounts through the initial civil forfeiture action, and two e-gold accounts in through the recent seizure warrants – have been seized in this matter. Probable cause was established independently for the seizure of each account. Probable cause to seize the bank accounts was established in the civil forfeiture complaint with attached affidavit, while probable cause to seize the e-gold accounts was established in the affidavits supporting the seizure warrant applications. The letter Magistrate Judge Facciola requested the Government to write had no bearing on any of the Court's findings regarding probable cause for the seizures.

Accordingly, this letter is irrelevant to the issues at hand and there is no basis to unseal the Government's privileged work product material.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        UNITED STATES ATTORNEY

By:     /s/
       LAUREL LOOMIS RIMON
       Assistant United States Attorney
       U.S. Attorney's Office
       Criminal Division
       555 Fourth Street, N.W., Rm. 5830
       Washington, D.C.   20530
       (202) 514-7788
       Laurel.Loomis.Rimon@usdoj.gov

       KIMBERLY KIEFER PERETTI
       Senior Counsel
       MICHELLE KANE
       Trial Attorney
       U.S. Department of Justice
       Computer Crime and Intellectual Property
       Section, Criminal Division
       1301 New York Ave., NW, Suite 600
       Washington, D.C.  20530
       (202) 353-4249
       kimberly.peretti@usdoj.gov

Dated: June 19, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2007, a copy of the foregoing Government's Response To Defendants' Motion to Unseal The Letter Sent to Magistrate Judge John Facciola by the United States Department of Justice in Support of the Application for the Seizure Warrant in Case No. 05-664-M-01 was served via ECF on counsel for the defendants,

Mitchell Fuerst, Esq.
Andrew Ittleman, Esq.
Fuerst Humphrey Ittleman
1001 Brickell Bay Drive
Suite Two Thousand Two
Miami, FL 33131
mfuerst@fuerstlaw.com
aittleman@fuerstlaw.com

Aron Raskas, Esq.
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201
araskas@kg-law.com

David B. Smith
English & Smith
526 King Street, Suite 213
Alexandria, VA 22314
dsmith@englishandsmith.com

_____
Laurel Loomis Rimon
Assistant United States Attorney