NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.

E-Gold, Ltd; Gold & Silver Reserve, Inc.; Douglas L. Jackson; Barry K. Downey; and Reid A. Jackson,

(Defendant)

Criminal Number  07-109

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Lawrence S. Robbins (DC Bar # 420260)
_(Attorney & Bar ID Number)_

Robbins Russell Englert Orseck & Untereiner LLP
_(Firm Name)_

1810 K St NW Ste 411-L
_(Street Address)_

Washington, DC  20006-1322
_(City)       (State)       (Zip)_

(202) 775-4501
_(Telephone Number)_