UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA :<br>:<br>v. :<br>: Criminal No. 07-109 - RMC<br>E-GOLD LIMITED, :<br>GOLD & SILVER RESERVE, INC., :<br>DOUGLAS L. JACKSON, :<br>BARRY K. DOWNEY and :<br>REID A. JACKSON :<br>_____/ | |
| related case: :<br>:<br>In the Matter of the Seizure of :<br>Any and all property in/underlying E-GOLD :<br>Account **544179** and in/underlying E-GOLD : CASE NUMBER:<br>account **109243**, held by E-GOLD, Ltd. or : 07-167-M-01<br>Gold & Silver Reserve, Inc. on behalf :<br>of **E-GOLD, Ltd.** :<br>_____/ | |

### DEFENDANTS' NOTICE OF APPEAL AND REQUEST FOR EXPEDITED CONSIDERATION

Defendants e-gold Limited, Gold & Silver Reserve, Inc., Douglas L. Jackson, Barry K. Downey and Reid A. Jackson, by and through their undersigned counsel, hereby file this Notice of Appeal of the Order entered by District Court Judge Rosemary Collyer on June 22, 2007 denying the Defendants' motion to vacate the seizure warrants and modify the Post Indictment Restraining Order entered in this case.

A.  The offenses at issue in this case are as follows:
 1. 18 U.S.C. § 1960
 2. 18 U.S.C. § 1956
 3. 18 U.S.C. § 2
 4. 18 U.S.C. § 371
 5. D.C. Code § 26-1002

B.  Undersigned counsel wish to appear on this appeal.

C.  Undersigned counsel have ordered the necessary transcripts in this case.

D. All applicable filing fees have been paid contemporaneously with the filing of this Notice of Appeal.

E. This appeal has not been filed pursuant to the 1984 Sentencing Reform Act. Rather, this appeal has been filed pursuant to 28 U.S.C. § 1292(a)(1) and Rule 4(a) of the Federal Rules of Appellate Procedure.

F. Pursuant to Circuit Rule 27 of the Circuit Rules for the United States Court of Appeals for the District of Columbia Circuit, and consistent with the desires of United States District Judge Rosemary Collyer, the Defendants respectfully request that this matter be heard on an expedited basis.

G. The Undersigned Appellants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated Order.

Respectfully Submitted,

_____
Mitchell S. Fuerst, Esq.
For Florida Bar No. 264598
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)

_____
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)

 

Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269
araskas@kg-law.com

*Counsel for Defendants/ Appellants*

E-GOLD LIMITED

6/29/07
Date

By: Douglas Jackson, M.D.
Director, e-gold Ltd.

GOLD & SILVER RESERVE, INC

6/29/07
Date

By: Douglas Jackson, M.D.
Director, Gold & Silver Reserve, Inc.

6/29/07
Date

DOUGLAS JACKSON, M.D.
c/o Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131

Date

BARRY K. DOWNEY
c/o KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201

6/29/2007
Date

REID A. JACKSON
c/o Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131

{06676/0/00293958.DOCv1}

*[signature]*

Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269
araskas@kg-law.com

*Counsel for Defendants/ Appellants*

E-GOLD LIMITED

_____          _____
Date                                By:   Douglas Jackson, M.D.
                                    Director, e-gold Ltd.

                                    GOLD & SILVER RESERVE, INC

_____          _____
Date                                By:   Douglas Jackson, M.D.
                                    Director, Gold & Silver Reserve, Inc.

_____          DOUGLAS JACKSON, M.D.
Date                                c/o Fuerst Humphrey Ittleman, PL
                                    1001 Brickell Bay Drive, Suite 2002
                                    Miami, FL 33131

  6/29/07
_____          _____
Date                                BARRY K. DOWNEY
                                    c/o KRAMON & GRAHAM, P.A.
                                    One South Street, Suite 2600
                                    Baltimore, Maryland 21202-3201

_____          REID A. JACKSON
Date                                c/o Fuerst Humphrey Ittleman, PL
                                    1001 Brickell Bay Drive, Suite 2002
                                    Miami, FL 33131

{06676/0/00293958.DOCv1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF APPEAL AND REQUEST FOR EXPEDITED CONSIDERATION** was served on June 29, 2007 on all counsel of record via the Court's Electronic Case Filing system.

/s/ *Andrew S. Ittleman*
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)