UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : Criminal No. 07-109 - RMC <br> E-GOLD LIMITED, : <br> GOLD & SILVER RESERVE, INC., : <br> DOUGLAS L. JACKSON, : <br> BARRY K. DOWNEY and : <br> REID A. JACKSON : <br> _____/ <br> related case: : <br> : <br> In the Matter of the Seizure of : <br> Any and all property in/underlying E-GOLD : <br> Account **544179** and in/underlying E-GOLD : CASE NUMBER: <br> account **109243**, held by E-GOLD, Ltd. or : 07-167-M-01 <br> Gold & Silver Reserve, Inc. on behalf : <br> of **E-GOLD, Ltd.** : <br> _____/ | |

**DEFENDANTS' REQUEST FOR ORAL HEARING ON THE MATTER OF THE
ENTRY OF A STAY OF THIS CASE PENDING THEIR
<u>INTERLOCUTORY APPEAL</u>**

Defendants e-gold Limited, Gold & Silver Reserve, Inc., Douglas L. Jackson, Barry K. Downey and Reid A Jackson, by and through undersigned counsel and pursuant to LCrR 47(f), respectfully request that this Court hold an oral hearing on the matter of the defendants' entitlement to a stay of this case pending the defendants' interlocutory appeal.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
305-350-5690 (o)
305-371-8989 (f)

*/s/ Aron U. Raskas*
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269
araskas@kg-law.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON THE MATTER OF THEIR ENTITLEMENT A STAY OF THIS CASE PENDING THEIR INTERLOCUTORY APPEAL**

was served on July 10, 2007 on all counsel of record via the Court's Electronic Case Filing system.

*/s/ Andrew S. Ittleman*
Andrew S. Ittleman, Esq.
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
305-350-5690 (o)
305-371-8989 (f)