**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                              Criminal Number  1:07-cr-109

E-Gold, Ltd; Gold & Silver Reserve, Inc.;
Douglas L. Jackson; Barry K. Downey; and
Reid A. Jackson,

(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA              ☒ RETAINED              ☐ FEDERAL PUBLIC DEFENDER

_Donald J. Russell_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Donald J. Russell (DC Bar # 474445)**
(Attorney & Bar ID Number)

Robbins Russell Englert Orseck & Untereiner LLP
(Firm Name)

**1801 K St NW Ste 411-L**
(Street Address)

**Washington   DC   20006-1322**
(City)                    (State)            (Zip)

**(202) 775-4502**
(Telephone Number)