UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Criminal Action No. 07-109 (RMC) |
| **E-GOLD LIMITED,** **GOLD & SILVER RESERVE, INC.,** **DOUGLAS L. JACKSON,** **BARRY K. DOWNEY,** **REID A. JACKSON,** | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

This matter comes before the Court on Defendants' motion for a stay pending appeal of the Court's denial of Defendants' motion to amend the seizure warrants. For the reasons stated in the Memorandum Opinion filed simultaneously with this Order t is hereby

**ORDERED** that Defendants' motion for stay of this litigation pending appeal is **DENIED**; and it is

**FURTHER ORDERED** that Defendants' Motion for Oral Hearing [Dkt. #50] is **DENIED** as moot.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: July 20, 2007.