UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 07-109 (RMC) |
| v. | : | |
| | : | |
| E-GOLD, LTD. | : | |
| GOLD & SILVER RESERVE, INC., | : | |
| DOUGLAS L. JACKSON, | : | |
| BARRY K. DOWNEY, and | : | |
| REID A. JACKSON, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## GOVERNMENT'S REQUEST FOR STATUS HEARING

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia and the United States Department of Justice, hereby files this request that a status hearing in this criminal case be scheduled.

Originally, the Court had scheduled a status hearing on July 2, 2007, to establish scheduling dates for further proceedings in this case. Prior to that date, on June 21, 2007, a hearing was held to address defendants' motion to vacate seizure warrants to allow funds to be returned to them to pay for attorney's fees. At that hearing, upon denying defendants' motion to vacate the seizure warrants, and on the basis that defendants intended to appeal this decision (and the Court's inclination at the time to allow a stay), the Court cancelled the status conference. Subsequently, the parties briefed the issue of whether the criminal case should be stayed pending an appeal by the defendants of the denial of their motion.

On July 20, 2007, the Court issued a Memorandum Opinion denying defendants' request that the case be stayed pending appeal. Defendants filed a request for reconsideration of this decision on July 31, 2007, and the Government's response is being filed concurrently with this motion.

Additionally, defendants have filed a Motion For Expedited Consideration Proposing Agreed-Upon Briefing Schedule with the Circuit court, which proposes that defendants have twenty-one days from the date of the court order granting expedited consideration to file their brief; that the Government have twenty-one days from the date of filing of defendants' brief to file a response; that defendants have seven days from the date of the Government's brief to file a reply; and that oral argument take place as soon thereafter as is convenient for the court.

Nonetheless, because the criminal case is not stayed, the Government requests that the Court schedule a status hearing to establish dates for further proceedings in this case.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY


By: _____
    LAUREL LOOMIS RIMON
    Assistant United States Attorney
    U.S. Attorney's Office
    Criminal Division
    555 Fourth Street, N.W., Rm. 5830
    Washington, D.C.  20530
    (202) 514-7788
    Laurel.Loomis.Rimon@usdoj.gov

    KIMBERLY KIEFER PERETTI
    Senior Counsel
    MICHELLE J. KANE
    Trial Attorney
    U.S. Department of Justice
    Computer Crime and Intellectual Property Section, Criminal Division
    1301 New York Ave., NW, Suite 600
    Washington, D.C.  20530
    (202) 353-4249
    Kimberly.Peretti@usdoj.gov
    Michelle.Kane@usdoj.gov

Dated: August 10, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2007, a copy of the foregoing Government's Memorandum of Points and Authorities Regarding a Stay of This Criminal Case Pending an Appeal by Defendants was served via ECF on counsel for the defendants,

>Mitchell Fuerst, Esq.
>Andrew Ittleman, Esq.
>Fuerst Humphrey Ittleman
>1001 Brickell Bay Drive
>Suite Two Thousand Two
>Miami, FL 33131
>mfuerst@fuerstlaw.com
>aittleman@fuerstlaw.com
>
>Aron Raskas, Esq.
>Kramon & Graham, P.A.
>One South Street, Suite 2600
>Baltimore, MD 21202-3201
>araskas@kg-law.com
>
>David B. Smith
>English & Smith
>526 King Street, Suite 213
>Alexandria, VA 22314
>dsmith@englishandsmith.com
>
>Lawrence S. Robbins
>Robbins, Russell, Englert, Orseck & Untereiner, LLP
>1801 K St., N.W.
>Suite 411
>Washington, D.C. 20006
>lrobbins@robbinsrussel.com

_____
Laurel Loomis Rimon
Assistant United States Attorney