UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 07-109 (RMC) |
| E-GOLD LIMITED, *et al.* | ) ) ) | |
| **Defendants.** | ) ) | |

**ORDER**

Defendants, two corporations and three individuals, have asked the Court to reconsider its July 20, 2007, Memorandum Opinion and Order denying their request for a stay of this criminal case while they pursue an expedited appeal of the Court's decision denying their motion to vacate a seizure warrant and to modify the restraining order issued in this case.

To prevail on a motion for reconsideration, Defendants "must demonstrate that there has been 'an intervening change in controlling law,' there is 'new evidence,' or there is a 'need to correct clear error or prevent manifest injustice.'" *United States v. Libby*, 429 F. Supp. 2d 46, 47 (D.D.C. 2006) (quoting *United States v. Yakou*, No. 03-449, 2004 WL 884545, at *2 (D.D.C. Apr. 9, 2004); *see also Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996); *accord* Fed. R. Civ. P. 59(e). The United States notes that this standard arises from civil procedure and that neither the Federal Rules of Criminal Procedure nor the Local Rules for the D.C. District Court provide for motions for reconsideration in criminal cases. It would seem that should the Court consider such a motion in a criminal case, the arguments in its favor would, at a minimum, have to be stronger even than in the civil context.

In any event, Defendants have failed to muster any basis, on any standard, for the

Court to reconsider its prior ruling. This request, the request for a stay in the proceedings, and the motion to vacate the seizure warrant all rest on Defendants' disagreement with the underlying indictment. The Court has expressed its willingness to accept a motion to dismiss and has noted that Defendants can present their case to a jury. The request for reconsideration is **DENIED**.

The Deputy Clerk will set a status conference in this matter as soon as possible. The Court directs Defendants to be properly and separately represented by that time. Should any individual Defendant need the Court to appoint counsel to represent him, he should submit the appropriate financial statements.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: August 13, 2007