UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-109 (RMC) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| E-GOLD, LTD., et al, | : | |
| | : | |
| Defendants. | | |

### NOTICE OF APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Laurel Loomis Rimon and Kimberly Kiefer Peretti. This is a notice that Department of Justice Trial Attorney Michelle Kane, telephone number (202) 305-7747 and/or email address Michelle.Kane@usdoj.gov., is entering an appearance as co-counsel and will be assisting in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar # 498610

_____/s/_____
MICHELLE KANE
Trial Attorney
U.S. Department of Justice
Computer Crime and Intellectual Property Section,
Criminal Division
1301 New York Ave., NW, Suite 621
Washington, D.C. 20530
(202) 305-7747
Michelle.Kane@usdoj.gov