UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Cr. No. 07-109 (RMC) |
| | ) |
| | ) |
| E-GOLD LIMITED, | ) |
| GOLD & SILVER RESERVE, INC., | ) |
| DOUGLAS L. JACKSON, | ) |
| BARRY K. DOWNEY and | ) |
| REID A. JACKSON | ) |
| | ) |
| **Defendant.** | ) |

NOTICE OF FILING

Counsel for Mr. Reid Jackson hereby notifies the Court, government, and other defense counsel, that the declaration of Mr. Reid A. Jackson is being filed today, ex parte and under seal, in response to this Court's September 20, 2007 Order.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


"/s/"
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, NW   Suite 550
Washington, DC   20004
(202) 208-7500 ext. 125