UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | |
| E-GOLD LIMITED, GOLD & SILVER RESERVE, INC., DOUGLAS L. JACKSON, BARRY K. DOWNEY, and REID A. JACKSON, | ) ) ) ) ) ) ) | Criminal Action No. 07-109 (RMC) |
| Defendants. | ) ) | |

ORDER

The three individual Defendants in this matter filed affidavits concerning their financial resources on October 12, 2007, and sought to file them under seal. There are some problems with these filings that the Court needs to bring to counsels' attention.

First, the affidavits and the information contained therein have previously been filed in this case on the public record. *See, e.g.*, Dkt. ## 35, 42, 44. They cannot now be filed under seal. Counsel are directed to re-file on the electronic case filing system.

Second, some counsel have included in their captions the related civil forfeiture case. Although these newly-appointed counsel might have copied the expanded caption from earlier filings, it is inappropriate. To clarify, the criminal case and the civil case are not consolidated and the Court has not appointed counsel for the individual Defendants in the civil case. Counsel are directed to omit the civil forfeiture case from their captions. Likewise, counsel for the Defendant corporations are similarly advised to omit the civil forfeiture reference in any future filings.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: October 19, 2007