UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-0109 (RMC) |
| | : | |
| E-GOLD, LTD. | : | |
| GOLD & SILVER RESERVE, INC. | : | |
| DOUGLAS L. JACKSON, | : | |
| BARRY K. DOWNEY, and | : | |
| REID A. JACKSON, | : | |
| | : | |
| Defendants. | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is currently assigned to Assistant United States Attorney Laurel Loomis Rimon and Department of Justice Senior Counsel Kimberly Kiefer Peretti. This is a notice that Assistant United States Attorney Jonathan W. Haray, D.C. Bar Number 480140, telephone number (202) 353-2877, is entering his appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

              /s/
By:   JONATHAN W. HARAY, D.C. BAR # 480140
      Assistant United States Attorney
      U.S. Attorney's Office
      Criminal Division
      555 Fourth Street, N.W., Rm. 5838
      Washington, D.C. 20530
      (202) 353-2877
      Jonathan.Haray@usdoj.gov

        LAUREL LOOMIS RIMON
        Assistant United States Attorney
        U.S. Attorney's Office
        Criminal Division
        555 Fourth Street, N.W., Rm. 5830
        Washington, D.C.  20530
        (202) 514-7788
        Laurel.Loomis.Rimon@usdoj.gov

        KIMBERLY KIEFER PERETTI
        Senior Counsel
        U.S. Department of Justice
        Computer Crime and Intellectual Property Section,
        Criminal Division
        1301 New York Ave., N.W., Suite 600
        Washington, D.C.  20530
        (202) 353-4249
        Kimberly.Peretti@usdoj.gov


## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 6th day of November, 2007, a copy of the Notice of Assignment and Appearance as Co-Counsel was served via ECF on counsels for the defendants:

        Joshua G. Berman, Esq.
        Sonnenschein Nath & Rosenthal LLP
        1301 K St NW
        Suite 600, East Tower
        Washington, DC 20005
        T: (202) 408-5208
        F: (202 408-6399
        jberman@sonnenschein.com

        Mitchell Fuerst, Esq.
        Andrew Ittleman, Esq.
        Fuerst Humphrey Ittleman
        1001 Brickell Bay Drive
        Suite Two Thousand Two
        Miami, FL 33131
        mfuerst@fuerstlaw.com
        aittleman@fuerstlaw.com

        Michelle Peterson, Esq.
Federal Public Defender
625 Indiana Ave., NW – Suite 550
Washington, D.C. 20004-2923
shelli_peterson@fd.org

Barry J. Pollack, Esq.
Kelley Drye Collier Shannon
3050 K St., NW - Suite 400
Washington, DC 20007
bpollack@kelleydrye.com

Aron Raskas, Esq.
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201
araskas@kg-law.com


           /s/
        JONATHAN W. HARAY
        Assistant United States Attorney