UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
        v.                        :
                                  :  Criminal No. 07-109 - RMC
E-GOLD LIMITED,                   :
GOLD & SILVER RESERVE, INC.,      :
DOUGLAS L. JACKSON,               :
BARRY K. DOWNEY and               :
REID A. JACKSON                   :
                                  /

## NOTICE OF FILING BY GOLD & SILVER RESERVE, INC.

Gold & Silver Reserve, Inc., by its undersigned counsel, in response to the Notice of Filing filed by the government on October 24, 2007 (the "Notice"), states the following:

As the government has noted, Gold & Silver Reserve, Inc. ("G&SR") has a 25% ownership interest in IceGold. It was the result of an oversight of counsel (Andrew Ittleman, Esq. and Mitchell Fuerst, Esq., who were counsel to G&SR at the time the original G&SR disclosure was prepared) that G&SR did not list that ownership interest in its extremely elaborate submission dated May 22, 2007. In its Notice, however, the government incorrectly suggested that the individual defendants in this case – Dr. Douglas Jackson, Mr. Reid Jackson, and Mr. Barry Downey – should have disclosed G&SR's ownership interest in IceGold in their October 12, 2007 declarations. None of the individual defendants have an ownership interest in IceGold – *de facto* or otherwise – and G&SR's limited interest in IceGold cannot assist the individual defendants in paying for their attorneys fees in this case.

{06676/0/00329917.DOCv2}

Respectfully submitted,

*/s/ Aron U. Raskas*
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269
araskas@kg-law.com

Counsel for Gold & Silver Reserve, Inc.

*/s/ Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)

Formerly counsel for Gold & Silver Reserve, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on November 6, 2007 on all counsel of record via the Court's Electronic Case Filing system.

*/s/ Aron U. Raskas*
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269
araskas@kg-law.com