CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**
☐ Add Attorney and address to system

**SYSTEMS OFFICE:**
☐ Firm moved to new address   ☐ Verified
☑ Address correction/modification
☐ Person Name change/correction
☐ Firm Name change/correction
☐ Create Flag:   ☐ Pro Bono   ☐ Pro Hac Vice
☐ Other: _____

**ATTORNEY (PRO SE) FIX SPECIALIST:**
☐ Pro Se moved to new address
☐ Attorney moved to new address
☐ Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**
☐ Create flag:
☐ Government   ☐ Gvt Not Certified   ☐ RTC Attorney
☐ Attorney listed with "provisional" flag
☐ Attorney listed with "incomplete" flag

---

Case No.: CR - 07-109 (RMC)          ☑ Attorney    ☐ Pro Se
Bar ID No.: _____          Prisoner ID No.: _____
Name: Laurel Loomis Rimon

**OLD ADDRESS:**

Office: U.S. Attorney's Office

Unit: Fraud and Public Corruption

Address: 555 4th St., N.W.
         Room 5830

City: Washington     State: DC     Zip: 20530

Telephone: (202) 514-7788

---

**NEW ADDRESS:**

Office: U.S. Department of Justice

Unit: Asset Forfeiture and Money Laundering Section

Address: 1400 New York Ave., N.W.
         Room 2200

City: Washington     State: DC     Zip: 20530

Telephone: (202) 514-1315

COMMENTS: _____

DATE: _____   Deputy Clerk: _____