UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-109 (RMC) |
| v. : | |
| : | |
| E-GOLD, LTD. : | |
| GOLD & SILVER RESERVE, INC. : | |
| DOUGLAS L. JACKSON, : | |
| BARRY K. DOWNEY, and : | |
| REID A. JACKSON, : | |
| : | |
| Defendants. : | |
| : | |

### GOVERNMENT'S MOTION TO AMEND
### POST-INDICTMENT RESTRAINING ORDER

COMES NOW the United States, by and through the United States Attorney for this District and by the United States Department of Justice, and hereby respectfully moves this Court to amend the Post-Indictment Restraining Order to require the defendants to provide to the United States (i) within five (5) days of this order an electronic copy of the SQL server databases and/or files reflecting transactions conducted, and account owner or operator information, for all E-GOLD, LTD. and GOLD & SILVER RESERVE, INC. transactions from May 1, 2007 through the date of this order, and (ii) every thirty (30) days thereafter until the start of trial in this criminal proceeding an updated electronic copy of such databases and/or files. As grounds therefor, the Government states as follows:

1.      That on April 24, 2007, E-GOLD, LTD., GOLD & SILVER RESERVE, INC., DOUGLAS L. JACKSON, BARRY K. DOWNEY, and REID A. JACKSON were indicted by a federal grand jury for this district on charges of money laundering conspiracy and operation of an unlicensed money transmitting business in violation of 18 U.S.C. §§ 1956 and 1960.

2. That, previously on April 26, 2007, based upon an Affidavit submitted by the United States detailing ongoing and widespread use of the e-gold system by those engaged in criminal activity, this Court has ordered the corporate defendants to produce to the Government copies of their transactional databases.

3. That the defendants have never filed a single Suspicious Activity Report (SAR), a form that licensed and registered money services business, banks, commodities dealers, and other financial institutions are obligated to file with the Department of Treasury to notify law enforcement of transactions they know or suspect are suspicious. In fact, defendants have taken the position that they are not required to make such reports at all.

4. That the Affidavit of United States Secret Service Special Agent Roy Dotson, attached as Exhibit 1, identifies several e-gold accounts currently or recently involved in child pornography, credit card or identity fraud, and investment fraud, demonstrating that significant criminal activity continues to be facilitated by the e-gold system.

5. That the Jury Trial in this criminal proceeding has been set for October 27, 2008, which will allow the criminal activity within the e-gold system to continue unabated without the Government's ability to detect and investigate such activity in any meaningful way for one year.

Wherefore, for the foregoing reasons, the Government requests this Court to amend said Post-Indictment Restraining Order to require defendants E-GOLD, LTD., GOLD & SILVER RESERVE, INC., DOUGLAS L. JACKSON, BARRY K. DOWNEY, and REID A. JACKSON to provide to the United States (i) within five (5) days of this order an electronic copy of the SQL server databases and/or files reflecting transactions conducted, and account owner or operator information, for all E-GOLD, LTD. and GOLD & SILVER RESERVE, INC. transactions from May 1, 2007

through the date of this order, and (ii) every thirty (30) days thereafter for the duration of the criminal proceeding an updated electronic copy of such databases and/or files.

                          Respectfully submitted,

                          JEFFREY A. TAYLOR
                          UNITED STATES ATTORNEY

By: _____
     JONATHAN HARAY
     Assistant United States Attorney
     U.S. Attorney's Office
     Criminal Division
     555 Fourth Street, N.W., Rm. 5838
     Washington, D.C.  20530
     (202) 353-2877
     Jonathan.Haray@usdoj.gov

     KIMBERLY KIEFER PERETTI
     Senior Counsel
     U.S. Department of Justice
     Computer Crime and Intellectual Property Section, Criminal Division
     1301 New York Ave., NW, Suite 600
     Washington, D.C.  20530
     (202) 353-4249
     kimberly.peretti@usdoj.gov

     LAUREL LOOMIS RIMON
     Deputy Chief for Litigation
     U.S. Department of Justice
     Asset Forfeiture and Money Laundering Section, Criminal Division
     1400 New York Ave., NW, Room 2200
     Washington, D.C.  20530
     (202) 514-1315
     Laurel.Loomis.Rimon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2007, a copy of the foregoing Government's Notice of Filing was served via ECF on counsel for the defendants,

>Joshua G. Berman, Esq.
>Sonnenschein Nath & Rosenthal LLP
>1301 K St NW
>Suite 600, East Tower
>Washington, DC 20005
>T: (202) 408-5208
>F: (202 408-6399
>jberman@sonnenschein.com
>
>Mitchell Fuerst, Esq.
>Andrew Ittleman, Esq.
>Fuerst Humphrey Ittleman
>1001 Brickell Bay Drive
>Suite Two Thousand Two
>Miami, FL 33131
>mfuerst@fuerstlaw.com
>aittleman@fuerstlaw.com
>
>Michelle Peterson, Esq.
>Federal Public Defender
>625 Indiana Ave., NW – Suite 550
>Washington, D.C. 20004-2923
>shelli_peterson@fd.org
>
>Barry J. Pollack, Esq.
>Kelley Drye Collier Shannon
>3050 K St., NW - Suite 400
>Washington, DC 20007
>bpollack@kelleydrye.com
>
>Aron Raskas, Esq.
>Kramon & Graham, P.A.
>One South Street, Suite 2600
>Baltimore, MD 21202-3201
>araskas@kg-law.com
>
>_____
>Laurel Loomis Rimon
>Deputy Chief, Asset Forfeiture and
>Money Laundering Section

4

Case 1:07-cr-00109-RMC    Document 79-2    Filed 11/30/2007    Page 1 of 12

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## AFFIDAVIT

I, Roy Dotson, ("your Affiant"), being duly sworn, depose and state as follows:

1. I am a Special Agent ("SA") of the United States Secret Service ("USSS"), and have been so employed for over four years. I am currently assigned to the Orlando Field Office. Among my duties as an SA, I am charged with the investigation of financial crimes, including check fraud, identity fraud, credit card fraud, bank and wire fraud and the manufacturing, possession and passing of counterfeit United States currency. Prior to my employment with the USSS, I was employed by the Brevard County Sheriff's Office for nine years. My last assignment was that of a Federal Task Force Agent with the Drug Enforcement Administration. Among my duties as a Task Force Agent, I was charged with investigating large criminal organizations that distributed and sold controlled substances and financial crimes involving money laundering. Several of the investigations resulted in the seizures of criminally derived property, including, but not limited to, monetary instruments.

2. This investigation is being conducted jointly by the United States Secret Service, the Federal Bureau of Investigation, and the Internal Revenue Service. Information obtained as a result of the investigative efforts of each agency are being shared with agents from the other agency and have been incorporated into this affidavit. The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other law enforcement officers; review of documents and computer records related to this investigation; communications with

1

others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience and the training and experience of others.

3.  This affidavit is being submitted in support of the Government's motion to modify the restraining order to require defendants to provide updated electronic copies of their transactional databases on a regular basis of every 30 days. It is necessary for the Government to review these updates on this basis because continuing investigation has shown that significant criminal activity continues to be facilitated by the e-gold system and because the defendants have failed to file a single Suspicious Activity Report, which would otherwise alert law enforcement to the ongoing criminal activities continuing to operate through their system.

### *Child Pornography*

### LOLITAJOY.COM

4.  On October 22, 2007, SA Dotson conducted a search, via the public internet search engine Google, using the terms "lolita" and "e-gold," and found a link to the website www.lolitajoy.com. The website displayed a banner reading: "$79 FOR ACCESS TO ALL SITES (BOYS AND GIRLS)!" The website offers a one month membership for $79 which allows you to access numerous child pornography sites, including sites called "Little-virgins," "Tiny-virgins," "Boys-films," and "Little-boyz." Links to numerous child pornography sites are contained on the lolitajoy.com home page, and SA Dotson accessed three of the posted sites and found they contained images of child pornography.

5.  Payment for a membership to these child pornography sites is available only through e-gold. By clicking on the top banner, SA Dotson was connected with a page at www.paypal.com stating that recipient "amno7@gmail.com" was "unable to receive money" via

PayPal. However, links on the bottom of the lolitajoy.com page direct prospective purchasers to e-gold.com, stating that "With E-gold YOU GET COMPLETE PRIVACY. You can open it to an invented name. No verification at all." The page further states: "If you would like to join by e-gold please contact us."

6. On October 23, 2007, SA Dotson directed another Task Force agent working with him to click on the "please contact us" link at the bottom of the lolitajoy.com home page, which initiated an e-mail to slodex@gmail.com. This agent requested specific instructions on making payment for access to the child pornography sites through e-gold. On the same day, a return email was received from slodex@gmail.com indicating that payment could be made to e-gold account **3582535**.

7. On October 23, 2007, a second email was sent to the operator(s) of the website by again clicking on the lolitajoy.com "please contact us" link (slodex@gmail.com) to determine whether the website was using multiple e-gold accounts. On October 24, 2007, an email was received from slodex@gmail.com indicating payment could also be made to e-gold account **3407801**.

8. The lolitajoy.com website also contains a link to www.EGOLDEASY.COM at the bottom of its "join" page. www.egoldeasy.com is a website that promotes the use of e-gold because, according to the egoldeasy website, it is "absolutely anonymous," allows you to "pay via E-gold anywhere on the net not revealing your personal details," and because:

> E-Gold gives you 100% anonymity when you buy. You don't have to reveal your personal information to merchants like you do buying by a credit card. Even if you are funding your e-Gold account by credit card, the exchange agent knows your info, but he does not know what you buy with your e-Gold! With credit cards

3

everybody (from your wife, bank employees to FBI) knows about your purchases from credit card statement.

### LOLACLUB.INFO

9. On October 24, 2007, a Task Force agent working with SA Dotson conducted a search via the public search engine Google, using the terms "lolita" and "e-gold" and found a link to the website www.lolaclub.info. The website was titled "LOLACLUB.INFO" with the captions "THE REAL UNDERGROUND PAYSITES ALL OVER THE NET" and "THE BEST UNDERGROUND PAYSITES ALL OVER THE NET." The website offered access to sites that contained child pornography images and videos for sale for payment of $ 40-120 in e-gold. A sampling of the sites available included "YOUNG STRAWBERRY," "SCHOOL PASSION," "LITTLE VIRGINS," "KIDZ INDEX," "PRETEEN X-2," and "DARK FANTASIES." The Task Force Agent accessed three of the posted sites and found they contained images of child pornography.

10. The www.lolaclub.info website appears to be a successor website to the www.lolitalist.info website referenced in previous affidavits related to seizures of e-gold accounts, in that it contains links to the same numerous child pornography websites, has the same page layout, and operates as a "Personal Portal" to access a variety of other web sites. A Personal Portal is a site on the World Wide Web that typically provides personalized capabilities to its visitors, providing a pathway to other content. It is designed to use distributed applications, different numbers and types of middleware and hardware to provide services from a number of different sources. In addition, business portals are designed to share collaboration in workplaces.

A further business-driven requirement of portals is that the content be able to work on multiple platforms such as personal computers, personal digital assistants (PDAs), and cell phones.

11. Although the operators of this child pornography portal are known to regularly change e-gold accounts, as of October 24, 2007, the e-gold account to which payments for the child pornography were to be sent was account number **4874984**.

### *Credit Card Fraud*

12. Websites that facilitate the sale of, among other contraband, stolen credit card numbers, compromised identities, and false identifications are typically referred to as "carding websites." Members of such websites are referred to as "carders" and are known to other carders by their chosen screen name or nickname ("nic"). Individuals often are known by and conduct their criminal business under more than one nic. The carding websites also operate through a hierarchical framework, which includes administrators (overseers of the site), moderators (of the particular forums), reviewers, vendors, and buyers. Vendors, in particular, advertise and sell products and services to members of the criminal organizations via the associated web sites after the product or service has received a favorable written review from a reviewer. Once a reviewer has been designated, a prospective vendor is required to ship multiple samples of the product or provide access to the service to facilitate completion of the review. This contact between the prospective vendor and the reviewer is usually made through a private e-mail message or through a public post in a forum on the relevant web site.

13. Carders use a set of vernaculars to buy and sell stolen credit card numbers and other contraband. For example, the term "**IDs**" refers to fraudulent identification documents (*i.e.*, fake IDs); "**dump**" refers to stolen credit card numbers; "**classics**" refers to a type of credit

5

card ("**vclassics**" refers to visa classics); "**SSNs**" refers to social security numbers; "**Plat**" refers to platinum credit cards; and "**cvv2**" refers to the 3-digit credit verification value on the back of most credit cards, which helps merchants ensure that the customer actually has the card and that the number is valid.

14. On October 24, 2007, SA Dotson conducted a search, via the public search engine Google, using the terms "dumps" and "e-gold," and found several links to online bulletin boards, including www.say-so.org, which included postings related to credit card fraud. The following language from two postings on www.say-so.org reflect solicitations for sales of stolen credit card information:

**Created on 9 Jul 2007 by fruitzoflabor**
NEW! Selling Dump without PIN
hello world! im selling dumps without ping cvv2 from most countries
contact@ yahoo: fruitzoflabor@yahoo.com skype: fruitzoflabor1
**payments trough E-Gold** and Western Union


**Created on 15 Sep 2007 by m.kouks**
DUMPS track 1,2(+pin) and Dumps with Name,Full address,Phone,SSN and DOB
WE SUPPLY FRESH SKIMMED DUMPS track 1,2(+pin)
-EU and US dumps+pin (mix visa classic 40 , gold 20, platinum 20, business20 ) -EU/UK $200 for dump -US $150 for dump
Dumps with Name,Full address,Phone,SSN and DOB - $120 per 1 dump -Eu /UK: Visa classic - $70 for 1 dump Visa Gold | Platinum | Business, - $90 for 1 dump -US Visa classic - $50 for 1 dump Visa Gold | Platinum | Business, - $70 for 1 dump
**minimum order is $150 e-gold and $300 WU**
m.kouks@googlemail.com

15. Continuing on October 24, 2007, SA Dotson accessed a website at www.carder.info, a known criminal forum for those trafficking in stolen credit card information that is publically accessible, and searched for individuals selling contraband. A number of

6

postings were located that involve the use of e-gold for the purchase and sale of stolen credit card and identity information, offering, for example "dumps," "cvv2," "bank logins," "visa classic," "full info dumps," "BOA logins," and "Full infos."

16.     Continuing on October 24, 2007, SA Dotson accessed a website at http://cc-world.secure-root.com, a known criminal forum for those trafficking in stolen credit card information that is publically accessible, and searched for individuals selling contraband. An advertisement was posted for stolen credit card numbers using e-gold as the payment method.

### *Wire Fraud (Investment Scams)*

17.     The e-gold system has also been a highly-favored method of payment by operators of investment scams, which generally refers to pyramids, ponzis, HYIPs (*i.e.*, high-yield investment programs) and other "get-rich-quick"schemes. During the course of this investigation, I consulted with an Economist at the Federal Trade Commission (FTC) who explained that a pyramid (or ponzi or HYIP) scheme is an organization in which the participants obtain their monetary benefits primarily from the recruitment of newer participants, rather than from the sale of goods and/or services to the general public. Because of this, the overwhelming majority of the participants cannot expect to make any money from their participation. A small minority of participants, namely those who participate at the very beginning, might make money. However, because of the nature of the pyramid scheme, those who make any money must of necessity be only a small minority of all participants.

18.     The FTC Economist further explained that growth of the system does not change the fact that the large majority of participants at any point in time will have lost money. An individual participant might go from having a net loss to a net profit as the system grows, but it

must be true that the majority of participants will lose money. The system cannot grow indefinitely, if for no other reason than the fact that growth is limited by the finite human population of the earth. Long before this point is reached though, the number of people willing to pay to sign on as new participants will become fewer and fewer. At this point, no further growth is possible, and the scheme will collapse. When that happens, the majority of the participants will have lost money.

19. The FTC Economist further explained that these scams typically have one of several indicators or "markings," including (i) the promise of abnormally high short-term returns on investments; (ii) the absence of any legitimate or reasonable business investment; and (iii), as described above, only a small minority of individuals can profit from the operation of the business.

**GOLDEN PIG INVEST**

20. On October 24, 2007, SA Dotson conducted a search, via the public internet search engine Google, using the terms "hyip" and "e-gold," and found a link to the website www.goldenpiginvest.com. The website displayed a banner reading: "Welcome to our On-line Investment Program." Golden Pig offered a daily return of 1% (which would be a yearly return of 365%) for the "beginner plan" in which investors would invest between $10 and $1,000. It offered a daily return of 1.5% for the "standard plan" in which investors would invest between $1,001 and $2,500. Golden Pig also offered a commission of 5% for all referrals. E-gold is the payment method for this investment scheme. The website states that profits are made from trading and that "[w]e have strong reasons to believe the investment program will generate high profits," but provides no further description of the investment program.

## INVESTMENT 96

21.     On October 24, 2007, SA Dotson conducted a search, via the public internet search engine Google, using the terms "hyip" and "e-gold," and found a link to the website www.investment96.com. The website described the investment program as follows:

> "Investment 96 (i96) is a high yield alternative investment opportunity that combines professional online poker with a powerful daily hedging system to generate the returns as shown in our results pages ... Daily profits usually range between 1% and 6% and never fall below minus 5% ... You actually go as good as risk free once you've made your first 5.40% compounded profit! From then on you get to experience our full 35-75% monthly returns on investment without any risk to yourself."

The results page stated the following profits were made: "This Week: +4.064% This Month: +41.642% Monthly Avg: +43.82%  Total: +546.357%." The Investment96 investment program also offered a referral program in which an individual would earn 10% of the daily profits his/her referrals make including "over 100% in referral commissions" in over one year.  E-gold is a payment method for this investment scheme.

## VIP HOUR PROFIT

22.     On October 24, 2007, SA Dotson conducted a search, via the public internet search engine Google, using the terms "hyip" and "e-gold," and found a link to the website http://viphourprofit.com/index.html. According to the website, VIP Hour Profit offers several payment plans in which the program pays members "6% to 8% every 4 hours. That's a total of 144% to 192% depending on what plan a member chooses." In particular, if the member invests between $1 and $200, the member is paid 6% every four hours (a total profit of 144%), between $201 and $750, the member is paid 7% every four hours (a total profit of 168%), and between $751 and $2,000, the member is paid 8% every four hours (a total profit of 192%). The website

9

also states that members cannot withdraw their original investment (principal) because it is included in the member's profit. E-gold is a method of payment in this high yield investment program. The e-gold account number to which send their investments was **4832884**.

### *E-Gold Database*

23.    Evidence regarding the transactions and account activity of e-gold account holders and its customers is housed on the e-gold, Ltd./Gold & Silver Reserve, Inc.'s computer databases. The e-gold operation maintains Microsoft SQL server databases housing customer profiles and transaction histories of e-gold account holders, as well as Gold & Silver Reserve, Inc. (OmniPay) customers. Your Affiant has previously obtained copies of these databases by imaging servers located at AT&T in Orlando, Florida[1] and seizing back-up tapes at the Melbourne offices of the e-gold operation pursuant to a December 16, 2005 search warrant issued by a Magistrate Judge in Orlando, Florida. The e-gold operation also provided an additional update of the database information (by copying the database to hard drives) for the period of November 2005 through October 2006 in response to grand jury subpoenas issued on May 22, 2006 and October 25, 2006. The e-gold operation provided a second update of the database information (by copying the database to an external hard drive) for the period of October 2006 through March 2007 in response to a grand jury subpoena issued on March 6, 2007.

---

[1] Both the e-gold and OmniPay websites and corresponding customer databases are run from servers co-located at AT&T in Orlando, Florida, approximately 100 miles from GSR's physical business location in Melbourne, Florida.

10

24.  Finally, the e-gold operation provided a third update of the database information for the period of March 15, 2007 through April 2007 in response to a to Post-Indictment Restraining Order signed by the Court on April 26, 2007.

25.  Because of the significant criminal activity that continues to be facilitated by the e-gold system, as outlined above, and because the defendants have failed to file a single Suspicious Activity Report in regards to any criminal activity occurring on its system, it is necessary for the Government to review updated electronic copies of the e-gold systems' transactional databases on a regular basis.

*[signature]*
Roy Dotson
Special Agent, USSS

Subscribed and sworn to before me this 30 day of November, 2007.

*[signature: Courtney Stanley]*

COURTNEY ST...
Commission Number 7...
My Commission Expires
13 June 09

11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 07-109 (RMC)** |
| v. | : | |
| | : | |
| **E-GOLD, LTD.** | : | |
| **GOLD & SILVER RESERVE, INC.** | : | |
| **DOUGLAS L. JACKSON,** | : | |
| **BARRY K. DOWNEY, and** | : | |
| **REID A. JACKSON,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER TO AMEND POST-INDICTMENT RESTRAINING ORDER

The United States has made a motion to this Court to amend the Post-Indictment Restraining Order to require the defendants to provide to the United States (i) within five (5) days of this order an electronic copy of the SQL server databases and/or files reflecting transactions conducted, and account owner or operator information, for all E-GOLD and GOLD & SILVER RESERVE, INC. transactions from May 1, 2007 through the date of this order, and (ii) every thirty (30) days thereafter for the duration of the criminal proceeding an updated electronic copy of such databases and/or files. Upon consideration of the Government's motion and the reasons stated therein,

IT IS HEREBY ORDERED AND DECREED:

That defendants E-GOLD, LTD., GOLD & SILVER RESERVE, INC., DOUGLAS L. JACKSON, BARRY K. DOWNEY, and REID A. JACKSON shall provide to the United States (i) within five (5) days of this order an electronic copy of the SQL server databases and/or files reflecting transactions conducted, and account owner or operator information, for all E-GOLD

and GOLD & SILVER RESERVE, INC. transactions from May 1, 2007 through the date of this order, and (ii) every thirty (30) days thereafter for the duration of the criminal proceeding an updated electronic copy of such databases and/or files.

     DONE this the _____ day of November, 2007.

                                        _____
                                        United States District Judge