UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 07-109 - RMC |
| E-GOLD LIMITED, | ) |
| GOLD & SILVER RESERVE, INC., | ) |
| DOUGLAS L. JACKSON, | ) |
| BARRY K. DOWNEY and | ) |
| REID A. JACKSON | ) |

**DEFENDANT JACKSON'S MOTION TO JOIN DEFENDANT DOWNEY'S OPPOSITION TO THE GOVERNMENT'S MOTION TO AMEND THE TEMPORARY RESTRAINING ORDER**

Mr. Reid Jackson, through undersigned counsel hereby files this motion to join the opposition to the government's motion to amend the temporary restraining order filed this same day by Defendant Barry K. Downey. Mr. Jackson concurs in all of the arguments advanced by that opposition, and requests that the Court deny the government's motion for all of the reasons stated therein.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


"/s/"
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 07-109 - RMC |
| E-GOLD LIMITED, | ) |
| GOLD & SILVER RESERVE, INC., | ) |
| DOUGLAS L. JACKSON, | ) |
| BARRY K. DOWNEY and | ) |
| REID A. JACKSON | ) |

**ORDER**

It is this _____ day of December, 2007, hereby ORDERED that Defendant Reid Jackson's motion to join the opposition to the government's motion to amend the temporary restraining order is GRANTED.

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE