UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | |
| : | Criminal No. 07-109 - RMC |
| E-GOLD LIMITED, : | |
| GOLD & SILVER RESERVE, INC., : | |
| DOUGLAS L. JACKSON, : | |
| BARRY K. DOWNEY and : | |
| REID A. JACKSON : | |
| _____/ | |

**MOTION TO JOIN DEFENDANT DOWNEY'S OPPOSITION TO THE GOVERNMENT'S MOTION TO AMEND POST-INDICTMENT RESTRAINING ORDER**

Dr. Douglas L. Jackson, through undersigned counsel, hereby files this motion to join the opposition to the Government's motion to amend the post-indictment restraining order filed this same day by Defendant Barry K. Downey. Dr. Jackson concurs in all of the arguments advanced by that opposition, and requests that the Court deny the government's motion for all the reasons stated therein.

Respectfully submitted,

By: _/s/_ *Joshua G. Berman*_____
Joshua G. Berman (D.C. Bar No. 489751)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W., Suite 600 East Tower
Washington, D.C. 20005
jberman@sonnenschein.com
202.408.5208
202.408.6399 fax

*Attorney for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

I, Joshua G. Berman, do hereby certify that my foregoing Entry of Appearance on behalf of Defendant Douglas L. Jackson was served on Dec. 14, 2007, by utilizing the courts CM/ECF system upon the following individuals:

- **Mitchell S. Fuerst**
  mfuerst@fuerstlaw.com
- **Jonathan W. Haray**
  Jonathan.Haray@usdoj.gov
- **Andrew S. Ittleman**
  aittleman@rorfgw.com
- **Michelle J Kane**
  michelle.kane@usdoj.gov
- **Kimberly Kiefer Peretti**
  kimberly.peretti@usdoj.gov
- **Michelle M. Peterson**
  shelli_peterson@fd.org, renee_caldwell-brown@fd.org
- **Barry J. Pollack**
  BPollack@kelleydrye.com
- **Aron U. Raskas**
  araskas@kg-law.com, aoleszczuk@kg-law.com
- **Laurel Loomis Rimon**
  laurel.loomis.rimon@usdoj.gov, usadc.ecffraud@usdoj.gov, usadc.docketing@usdoj.gov
- **Lawrence Saul Robbins**
  lrobbins@robbinsrussell.com

/s/  Joshua G. Berman
Sonnenschein Nath & Rosenthal LLP
1301 K St. NW - Suite 600 East Tower
Washington, DC 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No.  07-109 - RMC |
| E-GOLD LIMITED, : | |
| GOLD & SILVER RESERVE, INC., : | |
| DOUGLAS L. JACKSON, : | |
| BARRY K. DOWNEY and : | |
| REID A. JACKSON : | |
| _____/ | |

## **ORDER**

It is this _____ day of December, 2007, hereby ORDERED that Defendant Douglas L. Jackson's motion to join the opposition to the government's motion to amend the post indictment restraining order is GRANTED.

 

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE