UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Criminal No. 07-109 - RMC |
| E-GOLD LIMITED, | : | |
| GOLD & SILVER RESERVE, INC., | : | |
| DOUGLAS L. JACKSON, | : | |
| BARRY K. DOWNEY and | : | |
| REID A. JACKSON | : | |

_____/

## DEFENDANT GOLD & SILVER RESERVE, INC.'S OPPOSITION TO MOTION TO AMEND POST-INDICTMENT RESTRAINING ORDER

Defendant Gold & Silver Reserve, Inc., ("G&SR"), by its undersigned counsel,

hereby opposes the Government's Motion to Amend Post-Indictment Restraining Order.

In support thereof, G&SR adopts and incorporates herein defendant Barry K. Downey's

Opposition to the Government's Motion to Amend the Post-Indictment Restraining Order

(Document No. 80). For all the reasons set forth therein, G&SR respectfully requests that

the Court deny the Motion to Amend Post-Indictment Restraining Order.

Respectfully submitted,


*/s/ Aron U. Raskas*_____
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269
araskas@kg-law.com

Counsel for Gold & Silver Reserve, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on

December 14, 2007 on all counsel of record via the Court's Electronic Case Filing

system.

/s/ Aron U. Raskas
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269
araskas@kg-law.com