UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 07-109 - RMC |
| E-GOLD LIMITED, | ) |
| GOLD & SILVER RESERVE, INC., | ) |
| DOUGLAS L. JACKSON, | ) |
| BARRY K. DOWNEY and | ) |
| REID A. JACKSON | ) |

**JOINT MOTION OF ALL PARTIES TO HOLD THE GOVERNMENT'S MOTION TO AMEND THE POST-INDICTMENT RESTRAINING ORDER IN ABEYANCE**

All parties jointly request that the Court hold in abeyance the government's motion to amend the post-indictment restraining order unless and until either party requests further briefing or a ruling. The parties have reached an understanding as to how to resolve the issues without judicial intervention, at least for the present time, and will advise the Court if further action is necessary. If either party determines in the future that a ruling is necessary, that party will notify the Court and all other parties. If the government notifies the Court at any time that a ruling is necessary, the defendants request that they be allowed 14 days in which to file a motion for leave to file a surreply and a surreply to the pending motion before any ruling.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

"/s/"
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 07-109 - RMC |
| **E-GOLD LIMITED,** | ) |
| **GOLD & SILVER RESERVE, INC.,** | ) |
| **DOUGLAS L. JACKSON,** | ) |
| **BARRY K. DOWNEY and** | ) |
| **REID A. JACKSON** | ) |

## ORDER

Upon the joint motion of all parties, it is this ___ day of January, 2008, hereby ORDERED that the Government's Motion to Amend the Post-Indictment Restraining Order shall be held in abeyance pending a request by either party for a ruling or further briefing. If the government notifies the Court that a ruling on the motion is necessary, the defendants shall have 14 days to file a motion for leave to file a surreply and a surreply.

**SO ORDERED**

_____
Honorable Rosemary M. Collyer