UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 07-109 - RMC |
| E-GOLD LIMITED, | ) |
| GOLD & SILVER RESERVE, INC., | ) |
| DOUGLAS L. JACKSON, | ) |
| BARRY K. DOWNEY and | ) |
| REID A. JACKSON | ) |

FILED
JAN 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon the joint motion of all parties, it is this 18 day of January, 2008, hereby ORDERED that the Government's Motion to Amend the Post-Indictment Restraining Order shall be held in abeyance pending a request by either party for a ruling or further briefing. If the government notifies the Court that a ruling on the motion is necessary, the defendants shall have 14 days to file a motion for leave to file a surreply and a surreply.

SO ORDERED

/s/ Rosemary M. Collyer
Honorable Rosemary M. Collyer