IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 07-109 (RMC) |
| | : | |
| **E-GOLD, LTD.,** | : | |
| **GOLD & SILVER RESERVE, INC.,** | : | |
| **DOUGLAS L. JACKSON,** | : | |
| **BARRY K. DOWNEY, and** | : | |
| **REID A. JACKSON.** | : | |
| | : | |
| **Defendants.** | : | |

## MOTION FOR LEAVE TO WITHDRAW

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is currently assigned to Assistant United States Attorney Jonathan W. Haray, Department of Justice Deputy Chief for Litigation Laurel Loomis Rimon and Department of Justice Senior Counsel Kimberly Kiefer Peretti. Michelle J. Kane respectfully requests leave to withdraw her appearance as counsel for the United States in the above-referenced matter.

Respectfully submitted,

_____/s/_____
Michelle J. Kane
Trial Attorney
United States Department of Justice
Criminal Division, Computer Crime and Intellectual Property Section
1300 New York Avenue, NW, Suite 600
Washington, D.C. 20530
Telephone: (202) 514-1026
Email: michelle.kane@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January 2008, a copy of the Motion for Leave to Withdraw was served via ECF on counsels for the defendants:

>Joshua G. Berman, Esq.
>Sonnenschein Nath & Rosenthal
>LLP 1301 K St NW Suite 600, East Tower Washington, DC 20005 T: (202) 408-5208 F: (202 408-6399
>jberman@sonnenschein.com
>
>Mitchell Fuerst, Esq.
>Andrew Ittleman, Esq.
>Fuerst Humphrey Ittleman
>1001 Brickell Bay Drive
>Suite Two Thousand Two
>Miami, FL 33131
>mfuerst@fuerstlaw.com
>aittleman@fuerstlaw.com
>Michelle Peterson, Esq.
>Federal Public Defender
>
>625 Indiana Ave., NW – Suite 550
>Washington, D.C. 20004-2923
>shelli_peterson@fd.org
>
>Barry J. Pollack, Esq. Kelley Drye Collier Shannon 3050 K St., NW - Suite 400
>Washington, DC 20007
>bpollack@kelleydrye.com
>Aron Raskas, Esq.
>Kramon & Graham, P.A. One South Street, Suite 2600
>Baltimore, MD 21202-3201
>araskas@kg-law.com

>                    /s/
>          _____
>          Michelle J. Kane
>          Trial Attorney
>          United States Department of Justice