UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No.  07-109 - RMC |
| E-GOLD LIMITED, | ) |
| GOLD & SILVER RESERVE, INC., | ) |
| DOUGLAS L. JACKSON, | ) |
| BARRY K. DOWNEY and | ) |
| REID A. JACKSON | ) |

## NOTICE OF FILING

Counsel hereby files for the Court's consideration a joint proposed scheduling order to govern the proceedings.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____"/s/"_____
Michelle Peterson
Assistant Federal Public
Defenders 625 Indiana
Avenue, N.W. Suite 550
Washington, D.C. 20004
(202) 208-7500, ext. 125

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>                                                        ) | Crim. No.  07-109 - RMC |
| E-GOLD LIMITED,                            )<br>GOLD & SILVER RESERVE, INC.,    )<br>DOUGLAS L. JACKSON,                 )<br>BARRY K. DOWNEY and              )<br>REID A. JACKSON                         ) | |

**SCHEDULING ORDER**

In accordance with the agreement of the parties, it is hereby ORDERED that

(1)   the defendants' motion to dismiss shall be filed on or before February 11, 2008. The government's opposition to the motion to dismiss shall be filed on or before March 19, 2008, and the defendants' reply shall be filed on or before March 24, 2008, with oral argument before the Court to occur on a date to be set by the Court;

(2)   to the extent it has not already been produced, the production of all material pursuant to Brady v. Maryland, Giglio v. United States, and their progeny, shall occur no later than March 31, 2008;

(3)   any other purely legal motions shall be filed on or before May 19, 2008, with oppositions due on June 16, 2008, and replies due on July 7, 2008 and with argument before the Court to occur on a date to be set by the Court;

(4)   any evidence that the government seeks to admit against any defendant pursuant to Rule 404(b) of the Federal Rules of Evidence shall be disclosed to all

        defendants no later than May 19, 2008;

(5)    the government's expert disclosures shall be made on June 19, 2008, and the defendants' expert disclosures shall be made on August 30, 2008;

(6)    any evidentiary motions shall be filed on or before July 7, 2008, with oppositions due August 4, 2008, and replies due August 25, 2008, and with argument before the Court to occur on a date to be set by the Court;

It is FURTHER ORDERED that

(1)    The Court shall set such hearings and status conferences as necessary to resolve all motions filed and shall later set a date by which any motions in limine, Jencks Act disclosures, jury questionnaires and/or voir dire, and proposed jury instructions must be filed;

(2)    Any defendant seeking not to join a motion filed by any other defendant shall notify the court by filing a notice indicating that desire. In the absence of such a filing, all defendants shall be deemed to have joined any motion filed by any other defendant without need to file a motion to join. Defendants are encouraged to consult with one another in an effort to avoid duplicative filings whenever possible.

                                                              **SO ORDERED**

                                                               _____
                                                               Honorable Rosemary M. Collyer
                                                               United States District Judge