**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   **Crim. No.  07-109 - RMC** |
| E-GOLD LIMITED, | ) |
| GOLD & SILVER RESERVE, INC., | ) |
| DOUGLAS L. JACKSON, | ) |
| BARRY K. DOWNEY and | ) |
| REID A. JACKSON | ) |

**NOTICE OF FILING**

Counsel hereby files for the Court's consideration a joint proposed scheduling order

to govern the proceedings.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


          "/s/"
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, NW   Suite 550
Washington, DC 20004
(202) 208-7500 x125

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No.  07-109 - RMC |
| E-GOLD LIMITED, | ) | |
| GOLD & SILVER RESERVE, INC., | ) | |
| DOUGLAS L. JACKSON, | ) | |
| BARRY K. DOWNEY and | ) | |
| REID A. JACKSON | ) | |

SCHEDULING ORDER

In accordance with the agreement of the parties, it is hereby ORDERED that

(1)    the defendants' motion to dismiss shall be filed on or before February 11, 2008.

The government's opposition to the motion to dismiss shall be filed on or before

March 10, 2008, and the defendants' reply shall be filed on or before March 24,

2008, with oral argument before the Court to occur on a date to be set by the

Court;

(2)    to the extent it has not already been produced, the production of all material

pursuant to Brady v. Maryland, Giglio v. United States, and their progeny, shall

occur no later than March 31, 2008;

(3)    any other purely legal motions shall be filed on or before May 10, 2008, with

oppositions due on June 16, 2008, and replies due on July 7, 2008 and with

argument before the Court to occur on a date to be set by the Court;

(4)    any evidence that the government seeks to admit against any defendant pursuant

to Rule 404(b) of the Federal Rules of Evidence shall be disclosed to all

defendants no later than May 19, 2008;

(5)    the government's expert disclosures shall be made on June 19, 2008, and the

defendants' expert disclosures shall be made on August 30, 2008;

(6)    any evidentiary motions shall be filed on or before July 7, 2008, with oppositions

due August 4, 2008, and replies due August 25, 2008, and with argument before

the Court to occur on a date to be set by the Court;

It is FURTHER ORDERED that

(1)    The Court shall set such hearings and status conferences as necessary to resolve

all motions filed and shall later set a date by which any motions in limine, Jencks

Act disclosures, jury questionnaires and/or voir dire, and proposed jury

instructions must be filed;

(2)    Any defendant seeking not to join a motion filed by any other defendant shall

notify the court by filing a notice indicating that desire.  In the absence of such a

filing, all defendants shall be deemed to have joined any motion filed by any other

defendant without need to file a motion to join.  Defendants are encouraged to

consult with one another in an effort to avoid duplicative filings whenever

possible.

**SO ORDERED**

_____

Honorable Rosemary M. Collyer
United States District Judge