UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :
: Criminal No. 07-109 - RMC
E-GOLD LIMITED, :
GOLD & SILVER RESERVE, INC., :
DOUGLAS L. JACKSON, :
BARRY K. DOWNEY and :
REID A. JACKSON :
_____/

**FILED**

FEB 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is this 25th day of February, 2008, hereby ORDERED that Defendant Douglas L. Jackson's conditions of release are modified to allow Dr. Jackson to travel to Canada for business purposes and return between the dates of March 24, 2008 and April 7, 2008. The exact dates of travel and complete itinerary will be submitted to pre-trial services.

SO ORDERED

_____
HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE