**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | **:** | |
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Criminal No.  07-109 (RMC)** |
| v. | **:** | |
| | **:** | |
| **E-GOLD, LTD.,** | **:** | |
| **GOLD & SILVER RESERVE, INC.,** | **:** | |
| **DOUGLAS L. JACKSON,** | **:** | |
| **BARRY K. DOWNEY, and** | **:** | |
| **REID A. JACKSON,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

**GOVERNMENT'S UNOPPOSED**
**MOTION TO AMEND SCHEDULING ORDER**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, hereby moves to amend the scheduling order imposed in this case, filed

on February 13, 2008.  In support of this motion, the government states as follows:

1.      On April 24, 2007, a federal grand jury indicted the defendants on multiple felony

charges, including conspiracy to commit money laundering, conspiracy to operate an unlicensed

money transmitting business, operating an unlicensed money transmitting business and money

transmitting without a license in the District of Columbia.  The case is scheduled for trial

beginning October 27, 2008.

2.      By Order dated February 11, 2008, and filed on February 13, 2008, the Court

imposed a scheduling order that had been proposed by agreement of the parties, setting certain

deadlines for the filing of motions and production of specified material.

3.      In relevant part, the scheduling order requires the government to produce "all

material pursuant to Brady v. Maryland, Giglio v. United States, and their progeny," no later than

March 31, 2008.

4.      Government counsel need additional time to comply with the March 31st

deadline, including to review case materials for possible disclosable information.  The

government is requesting an additional week, until April 7, 2008, to comply with that deadline.

5.      Government counsel has contacted counsel for the defendants, and there is no

objection to amending the scheduling order to require the production of Brady/Giglio material on

or before April 7, 2008.

6.      This request is the government's first request to amend the scheduling order.

Amending the scheduling order pursuant to this motion will not prejudice the defendants, nor

will it result in any delay of the trial in this case.

WHEREFORE, the government respectfully requests that the Court modify the

scheduling order as set out above.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By:      ____/s/_____
         JONATHAN HARAY
         D.C. Bar No. 480140
         Assistant United States Attorney
         555 Fourth Street, N.W., Rm. 5838
         Washington, D.C.  20530
         (202) 353-2877
         Jonathan.Haray@usdoj.gov

KIMBERLY KIEFER PERETTI
Senior Counsel
U.S. Department of Justice
Computer Crime and Intellectual Property
Section, Criminal Division
1301 New York Ave., NW, Suite 600
Washington, D.C.  20530
(202) 353-4249
kimberly.peretti@usdoj.gov

LAUREL LOOMIS RIMON
Deputy Chief for Litigation
U.S. Department of Justice
Asset Forfeiture and Money Laundering
Section, Criminal Division
1400 New York Ave., NW, Room 2200
Washington, D.C.   20530
(202) 514-1315
Laurel.Loomis.Rimon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2008, a copy of the foregoing was served

via ECF on counsel for the defendants,

Joshua G. Berman, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K St NW
Suite 600, East Tower
Washington, DC 20005
T: (202) 408-5208
F: (202 408-6399
jberman@sonnenschein.com

Mitchell Fuerst, Esq.
Andrew Ittleman, Esq.
Fuerst Humphrey Ittleman
1001 Brickell Bay Drive
Suite Two Thousand Two
Miami, FL 33131
mfuerst@fuerstlaw.com
aittleman@fuerstlaw.com

Michelle Peterson, Esq.
Federal Public Defender
625 Indiana Ave., NW – Suite 550
Washington, D.C. 20004-2923
shelli_peterson@fd.org

Barry J. Pollack, Esq.
Kelley Drye Collier Shannon
3050 K St., NW - Suite 400
Washington, DC 20007
bpollack@kelleydrye.com

Aron Raskas, Esq.
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201
araskas@kg-law.com


　　　　　　　　　　/s/
　　　　　　　　Jonathan Haray
　　　　　　　　Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 07-109 (RMC)** |
| v. | : | |
| | : | |
| **E-GOLD, LTD.,** | : | |
| **GOLD & SILVER RESERVE, INC.,** | : | |
| **DOUGLAS L. JACKSON,** | : | |
| **BARRY K. DOWNEY, and** | : | |
| **REID A. JACKSON,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

The Government's Unopposed Motion to Amend Scheduling Order, having been heard, is hereby GRANTED.

It is further ORDERED that the scheduling order in the above-captioned case shall be amended to read as follows: "(2) to the extent it has not already been produced, the production of all material pursuant to Brady v. Maryland, Giglio v. United States, and their progeny, shall occur no later than April 7, 2008."

_____
Honorable Rosemary M. Collyer
United States District Judge