UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA :<br><br>v. :<br><br>E-GOLD, LTD., :<br>GOLD & SILVER RESERVE, INC., :<br>DOUGLAS L. JACKSON, :<br>BARRY K. DOWNEY, and :<br>REID A. JACKSON, :<br><br>Defendants. : | Criminal No. 07-109 (RMC)<br><br>**FILED**<br>APR - 1 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

The Government's Unopposed Motion to Amend Scheduling Order, having been heard, is hereby GRANTED.

It is further ORDERED that the scheduling order in the above-captioned case shall be amended to read as follows: "(2) to the extent it has not already been produced, the production of all material pursuant to Brady v. Maryland, Giglio v. United States, and their progeny, shall occur no later than April 7, 2008."

_____
Honorable Rosemary M. Collyer
United States District Judge

3/31/08