UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :
:
E-GOLD LIMITED, : Criminal No. 07-109-RMC
GOLD & SILVER RESERVE, INC., :
DOUGLAS L. JACKSON, :
BARRY K. DOWNEY and :
REID A. JACKSON :
_____/

**ORDER**

HAVING READ AND CONSIDERED Defendant E-GOLD, Limited request to substitute Bernard S. Grimm as defense counsel replacing current counsel Mitchell S. Fuerst and Andrew S. Ittleman as counsel for E-Gold, Limited, it is hereby

**ORDERED** this ___10th___ day of April, 2008 that the appearance of Bernard S. Grimm be entered as counsel for defendant E-Gold, Limited.

By: _____
Rosemary Collyer
United States District Judge

FILED
APR 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT