UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| E-GOLD LIMITED, : | Criminal No. 07-109-RMC |
| GOLD & SILVER RESERVE, INC., : | |
| DOUGLAS L. JACKSON, : | |
| BARRY K. DOWNEY and : | |
| REID A. JACKSON : | |

_____

## MOTION TO AMEND SCHEDULING ORDER

**All defendants** through counsel respectfully move this Court to amend the Scheduling Order which currently requires all purely legal motions to be filed by May 10, 2008.

1.   The Court has scheduled a status call for all parties on May 19, 2008.

2.   Counsel would request that the Scheduling Order be amended to permit defense motions to be filed no later than May 23, 2008 and government responses by July 1, 2008.

3.   Counsel has spoken to government counsel, Laurel Rimon who has no objection to this Motion.

Respectfully submitted,

By: _____/s/_____
Bernard Grimm (D.C. Bar No. 378171)
COZEN O'CONNOR, P.C.
1627 I Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 912-4800
(202) 912-4830 (fax)

*Attorneys for Defendant e-Gold, LTD.*

Barry J. Pollack
Kelley Drye & Warren LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20007
bpollack@kelleydrye.com
202.342.8400
202.342.8451 fax

Attorneys for Defendant Barry K. Downey

Aron U. Raskas
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201
aur@kg-law.com
(410) 752-6030
(410) 361-8211 fax

Attorneys for Defendant Gold & Silver Reserve, Inc.

Joshua G. Berman
Machalagh Proffit-Higgins
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W., Suite 600, East Tower
Washington, DC  20005-3364
jberman@sonnenschein.com
202/408-5208
202/408-6399 fax

Attorneys for Defendant Douglas L. Jackson

A.J. Kramer
Michelle Peterson
Office of the Federal Public Defender
625 Indiana Avenue  N.W.
Suite 550
Washington, D.C. 20004
Shelli_Peterson@fd.org
(202) 208-7528

Attorneys for Reid A. Jackson

Dated:   May 7, 2008

2

3

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing Motion was mailed, first class, postage pre-paid to:

>Laurel Loomis Rimon, Esq.
>Kimberly Peretti, Esq.
>John Haray, Esq.
>Office of the United States Attorney
>for the District of Columbia
>444 Fourth Street, NW
>Washington, DC  20530

_____/s/_____
Bernard S. Grimm

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| E-GOLD LIMITED, : | Criminal No.  07-109-RMC |
| GOLD & SILVER RESERVE, INC., : | |
| DOUGLAS L. JACKSON, : | |
| BARRY K. DOWNEY and : | |
| REID A. JACKSON : | |
| _____/ | |

## ORDER

**HAVING READ AND CONSIDERED** Defendants' Motion to Amend Scheduling Order, it is hereby

**ORDERED** this _____ day of May, 2008 that the Scheduling Order be amended as follows:

All purely legal motions by defense counsel originally due on or before May 10, 2008 are now due on or before May 23, 2008; and it is hereby

**ORDERED** that all oppositions to purely legal motions originally due on or before June 16, 2008 are now due on or before July 1, 2008

By: _____
Rosemary Collyer
United States District Judge