UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     ) | |
| ) | |
| v.                              ) | Criminal Action No. 07-109 (RMC) |
| ) | |
| **E-GOLD, LTD,** *et al.*,      ) | |
| ) | |
| **Defendants.**                 ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss Counts Two, Three and Four of the Indictment [Dkt. # 93] is **DENIED**.

**SO ORDERED.**

Date: May 8, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge