UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA :<br>:<br>v. :<br>: Criminal No. 07-109 - RMC<br>E-GOLD LIMITED, :<br>GOLD & SILVER RESERVE, INC., :<br>DOUGLAS L. JACKSON, :<br>BARRY K. DOWNEY and :<br>REID A. JACKSON : | |

**DEFENDANT GOLD & SILVER RESERVE, INC.'S LINE
ADOPTING MOTIONS OF CO-DEFENDANT**

Defendant Gold & Silver Reserve, Inc., ("G&SR"), by its undersigned counsel, hereby joins in and adopts the motions filed this date by Defendant e-gold, Limited (Documents 116 and 117) and requests that the Court grant the motions and order the relief requested therein.

Respectfully submitted,

/s/ Aron U. Raskas
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269
araskas@kg-law.com

Counsel for Gold & Silver Reserve, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on May 29, 2008 on all counsel of record via the Court's Electronic Case Filing system.

/s/ Aron U. Raskas
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269
araskas@kg-law.com

{06676/0/00403346.DOCv1}