UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No. 07-109 - RMC |
| E-GOLD LIMITED, : | |
| GOLD & SILVER RESERVE, INC., : | |
| DOUGLAS L. JACKSON, : | |
| BARRY K. DOWNEY and : | |
| REID A. JACKSON : | |
| _____/ | |

**DEFENDANT GOLD & SILVER RESERVE, INC.'S MOTION
TO ADOPT MOTIONS OF CO-DEFENDANT**

Gold and Silver Reserve Inc, ("G&SR"), by its undersigned counsel, hereby moves to join in and adopt the motions filed on May 29, 2008, by defendant e-gold, Ltd. (documents 116 and 117) and requests that the court grant the motions and the relief requested therein.

Respectfully submitted,

/s/ Aron U. Raskas
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269
araskas@kg-law.com

Counsel for Gold & Silver Reserve, Inc.

{06676\0\00404164.DOCv1 }

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 2, 2008 on all counsel of record via the Court's Electronic Case Filing system.

/s/ Aron U. Raskas
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269
araskas@kg-law.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : Criminal No. 07-109 - RMC <br> E-GOLD LIMITED, : <br> GOLD & SILVER RESERVE, INC., : <br> DOUGLAS L. JACKSON, : <br> BARRY K. DOWNEY and : <br> REID A. JACKSON : | |

## ORDER

Upon consideration of Gold & Silver Reserve, Inc.'s motion to adopt motions of the co-defendant, e-gold, Ltd., and any response thereto, it is this _____ day of June, 2008 by the United States District Court for the District Court of Columbia, hereby

ORDERED that the Motion be, and hereby is, GRANTED.

_____
ROSEMARY M. COLLYER
United States District Judge