UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No. 07-109 (RMC) |
| **v.** : | |
| : | |
| **E-GOLD, LTD.,** : | |
| **GOLD & SILVER RESERVE, INC.,** : | |
| **DOUGLAS L. JACKSON,** : | |
| **BARRY K. DOWNEY, and** : | |
| **REID A. JACKSON,** : | |
| : | |
| **Defendants.** : | |
| : | |

**GOVERNMENT'S SECOND UNOPPOSED
MOTION TO AMEND SCHEDULING ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to amend the scheduling order imposed in this case, filed on February 13, 2008, as modified on May 8, 2008 and May 19, 2008. In support of this motion, the government states as follows:

1. On April 3, 2008, a federal grand jury returned a superseding indictment charging the defendants with multiple felony charges, including conspiracy to commit money laundering, conspiracy to operate an unlicensed money transmitting business, operating an unlicensed money transmitting business and money transmitting without a license in the District of Columbia. The case is scheduled for trial beginning October 27, 2008.

2. By Order dated February 11, 2008, and filed on February 13, 2008, the Court imposed a scheduling order that had been proposed by agreement of the parties, setting certain deadlines for the filing of motions and production of specified material. That Order has been modified on three occasions upon motions by the parties.

3. Under the modified scheduling order, the government is required, in relevant part, to (a) disclose expert witnesses to the defendants on or before June 19, 2008, and (b) file its replies to the defendants' legal motions on or before July 1, 2008.[1]

4. Government counsel need additional time to comply with these deadlines. Specifically, the government requests, and the defendants do not oppose, setting July 1, 2008 as the deadline for the government's expert witness disclosures, and setting July 29, 2008 as the deadline for the government's replies to the defendants' legal motions.

5. Government counsel has contacted counsel for the defendants, and there is no objection to amending the scheduling order as proposed in this motion.

6. This request is the government's second request to amend the scheduling order. The defendants have moved twice to amend the scheduling order. Amending the scheduling order pursuant to this motion will not prejudice the defendants, nor will it result in any delay of the trial in this case.

---

[1] The Court's original scheduling order required the defendants to file "purely legal motions" other than the defendants' motion to dismiss on or before May 10, 2008, with the government's replies being due June 16, 2008. By Order dated May 8, 2008, the Court granted the defendants' motion to postpone that deadline to May 23, 2008, and ordered the government's replies by July 1, 2008. At a status hearing on May 19, 2008, the Court granted the defendants' oral motion to further amend that deadline to May 29, 2008, without changing the deadline for the government's replies.

WHEREFORE, the government respectfully requests that the Court modify the scheduling order as set out above.

                                            Respectfully submitted,

                                            JEFFREY A. TAYLOR
                                            UNITED STATES ATTORNEY

By:      /s/
        JONATHAN HARAY
        D.C. Bar No. 480140
        Assistant United States Attorney
        555 Fourth Street, N.W., Rm. 5838
        Washington, D.C.  20530
        (202) 353-2877
        Jonathan.Haray@usdoj.gov

        KIMBERLY KIEFER PERETTI
        Senior Counsel
        U.S. Department of Justice
        Computer Crime and Intellectual Property
        Section, Criminal Division
        1301 New York Ave., NW, Suite 600
        Washington, D.C.  20530
        (202) 353-4249
        kimberly.peretti@usdoj.gov

        LAUREL LOOMIS RIMON
        Deputy Chief for Litigation
        U.S. Department of Justice
        Asset Forfeiture and Money Laundering
        Section, Criminal Division
        1400 New York Ave., NW, Room 2200
        Washington, D.C.   20530
        (202) 514-1315
        Laurel.Loomis.Rimon@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-109 (RMC) |
| v. : | |
| E-GOLD, LTD., : | |
| GOLD & SILVER RESERVE, INC., : | |
| DOUGLAS L. JACKSON, : | |
| BARRY K. DOWNEY, and : | |
| REID A. JACKSON, : | |
| Defendants. : | |

**ORDER**

The Government's Second Unopposed Motion to Amend Scheduling Order, having been heard, is hereby GRANTED.

It is further ORDERED that the scheduling order in the above-captioned case shall be amended to read as follows:

The government's expert witness disclosures shall be made on or before July 1, 2008;

All oppositions to the defendants' purely legal motions will be due on or before July 29, 2008.

_____
Honorable Rosemary M. Collyer
United States District Judge