UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 07-109 (RMC) |
| v. | : |
| | : |
| E-GOLD, LTD., | : |
| GOLD & SILVER RESERVE, INC., | : **FILED** |
| DOUGLAS L. JACKSON, | : |
| BARRY K. DOWNEY, and | : JUN 2 3 2008 |
| REID A. JACKSON, | : |
| | : NANCY MAYER WHITTINGTON, CLERK |
| | : U.S. DISTRICT COURT |
| Defendants. | : |
| | : |

### ORDER

The Government's Second Unopposed Motion to Amend Scheduling Order, having been heard, is hereby GRANTED.

It is further ORDERED that the scheduling order in the above-captioned case shall be amended to read as follows:

The government's expert witness disclosures shall be made on or before July 1, 2008;

All oppositions to the defendants' purely legal motions will be due on or before July 29, 2008.

_____
Honorable Rosemary M. Collyer
United States District Judge

23 June 2008