IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 07-109 (RMC) |
| v. | : | |
| REID A. JACKSON, | : | |
| Defendant | : | |

FILED
JUL 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, Defendant **REID A. JACKSON** agrees and stipulates as follows:

At all relevant times, Defendant **REID A. JACKSON (JACKSON)** was a Director of e-gold, Ltd. and Managing Director of Gold & Silver Reserve, Inc. ("GSR"). e-gold, Ltd. was the issuer of the digital currency known as "e-gold," which functioned as an alternative payment system and operated via the Internet using the domain name www.e-gold.com. e-gold, Ltd. was incorporated in the British West Indies nation of St. Kitts and Nevis, but was operated out of Melbourne, Florida.

GSR was the operator of e-gold, Ltd. and its respective website, and also offered a digital currency exchange service known as OmniPay for individuals wishing to purchase and/or sell e-gold. OmniPay operated via the Internet using the domain name www.omnipay.com. Defendant **JACKSON** owned approximately 3 percent of GSR and was actively involved in its day-to-day operation.

Between October 2001 and December 2005, e-gold, Ltd. and GSR (collectively the e-gold operation) were engaged in the business of money transmission under District of Columbia law, which in Title 26, D.C. Code Section 1001 defines "money transmission" as "the sale or issuance

of payment instruments or engaging in the business of receiving money for transmission or transmitting money within the United States, or to locations abroad, by any and all means, including but not limited to payment instrument, wire, facsimile, or electronic transfer."

The e-gold operation solicited and caused to be solicited customers for its money transmitting business throughout the United States, including the District of Columbia. It did so by providing its service via the Internet at www.e-gold.com and www.omnipay.com. The e-gold operation executed financial transactions on behalf of its customers using computer systems and databases specifically designed for "e-gold" transactions and operated by the principals and employees of GSR in Melbourne, Florida.

On or about the dates listed below, the defendant, through his involvement and participation in the e-gold operation, transferred or caused to be transferred the sums indicated to and from banks located in the District of Columbia:

| Date | Amount | From | To |
| --- | --- | --- | --- |
| 5/14/2002 | $1,000.00 | Account no. xxxx5286 at Riggs National Bank | Gold & Silver Reserve, Inc. Account no. xxxxxxxx7192 at Bank of America |
| 5/28/2002 | $1,000.00 | Account no. xxxx5286 at Riggs National Bank | Gold & Silver Reserve, Inc. Account no. xxxxxxxx7192 at Bank of America |
| 6/27/2002 | $1,000.00 | Account no. xxxx5286 at Riggs National Bank | Gold & Silver Reserve, Inc. Account no. xxxxxxxx7487 at First Union National Bank |
| 10/24/2002 | $70.00 | Gold & Silver Reserve, Inc. Account no. xxxxxxxxx7487 at First Union National Bank | Account no. xxxxx4345 at Wright Patman Congressional Federal Credit Union |
| 11/15/2002 | $1,500.00 | Account no. xxxx5286 at Riggs National Bank | Gold & Silver Reserve, Inc. Account no. xxxxxxxxx7487 at First Union National Bank |

| 11/20/2002 | $195.00 | Gold & Silver Reserve, Inc. Account no. xxxxxxxx7487 at Wachovia Bank | Account no. xxxxx4345 at Wright Patman Congressional Federal Credit Union |
|---|---|---|---|
| 3/24/2003 | $1,500.00 | Account no. xxxx5286 at Riggs National Bank | Gold & Silver Reserve, Inc. Account no. xxxxxxxx7487 at Wachovia Bank |



e-gold, Ltd. permitted users to register for a free e-gold account at www.e-gold.com and fund their account through a third party digital currency exchanger or through GSR's exchange service, OmniPay. Once open and funded, customers could access their accounts via the Internet and conduct transactions with other customers anywhere in the world. The business described itself on its website as "an alternative Internet payment system" that "empowers people to use gold as money." ~~The e-gold operation~~ e-gold, Ltd. publicly described its service as "Better Money," and "Internet Payments 100% backed by Gold."

Once an e-gold customer had obtained "e-gold," the customer could transfer that "e-gold" to the e-gold account of another customer, to another e-gold account owned by the same customer, or to the e-gold account of a digital currency exchanger for the purpose of exchanging "e-gold" for United States dollars or another national currency. The e-gold operation designed "e-gold" to be used as digital currency, by which its customers could buy or sell goods or services over the Internet. It maintained accounts for numerous customers who were located in, and engaged in e-gold transactions from, the District of Columbia.

The defendant, through his involvement and participation in the operation of e-gold, Ltd. and GSR, operated a money transmitting business without a license in the District of Columbia. Throughout its operation, the defendant was aware of the e-gold operation's activities and that it was not licensed or registered as a money transmitting business with the District of Columbia.

Date: 7/21/2008

Reid A. Jackson
Defendant

Date: 7/21/2008

Michelle Peterson, Esq.
Attorney for Defendant Reid A. Jackson