UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Reid A. Jackson

Criminal No. 07-109-05

**FILED**

JUL 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WAIVER OF TRIAL BY JURY**

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____
Assistant United States Attorney

**APPROVED:**

_____
ROSEMARY M. COLLYER
United States District Judge

Dated: 21 July 2008